# EXHIBIT 9

## SECURITY LIFE OF DENVER INSURANCE COMPANY
### A Stock Company

INSURED: RICHARD ███████
POLICY DATE: DECEMBER 28, 2004
POLICY NUMBER: 1602412

**WE AGREE TO PAY** the death benefit to the beneficiary upon the death of the insured while this policy is in force.

**WE ALSO AGREE** to provide the other rights and benefits of the policy. These agreements are subject to the provisions of the policy.

### Please Read Your Policy Carefully

**RIGHT TO EXAMINE PERIOD.** You have the right to examine and return this policy. You may return it by mail or other delivery to the agent who sold it to you or to our Customer Service Center within 30 days after you receive it. It will then be void from the beginning. Upon return of the policy, we will refund all premiums paid.

This policy is signed for Security Life of Denver Insurance Company by

_Keith Gibson_
President

_Paula ChadVae Engella_
Secretary

In this policy "you" and "your" refer to the owner of the policy. "We, "us" and "our" refer to Security Life of Denver Insurance Company.

### This policy is a FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY.

Death benefit proceeds are payable at the insured's death.
Flexible premiums are payable until attained age 100.
This policy is nonparticipating and is not eligible for dividends.
This policy has surrender charges.
There is no maturity date.

### SECURITY LIFE OF DENVER INSURANCE COMPANY
**Home Office**
**Denver, CO**

**Customer Service Center**
**P.O. Box 5065**
**Minot, ND 58702-5065**

V00011660001

1166-3/04

CONFIDENTIAL                                                    ATLES_SLD000259

## TABLE OF CONTENTS

SCHEDULE .......................................................................................................................4

DEFINITIONS .....................................................................................................................5

INSURANCE COVERAGE PROVISIONS..........................................................................6
    POLICY DATE.............................................................................................................6
    BASE DEATH BENEFIT .............................................................................................6
    CHANGE IN REQUESTED INSURANCE COVERAGE ..............................................6
        Requested Increases in Coverage ......................................................................7
        Requested Decreases in Coverage .....................................................................7
        Death Benefit Option Changes ............................................................................7
    CONTINUATION OF COVERAGE BEYOND AGE 100 .................................................8
    PAYOUT OF PROCEEDS ...........................................................................................8

PREMIUM PROVISIONS .....................................................................................................9
    SCHEDULED PREMIUMS ..........................................................................................9
    UNSCHEDULED PREMIUMS.....................................................................................9
    PREMIUM LIMITATION ..............................................................................................9
    FAILURE TO PAY PREMIUM .....................................................................................9
    NET PREMIUM...........................................................................................................9
    LAPSE PROTECTION NET PREMIUM.......................................................................9
    ACCOUNT VALUE ...................................................................................................10
    MINIMUM MONTHLY PREMIUM NO LAPSE PROVISION .......................................10
        Minimum Monthly Premium ...............................................................................10
    LAPSE PROTECTION VALUE...................................................................................11

DEDUCTIONS ..................................................................................................................11
    MONTHLY DEDUCTION ..........................................................................................12
    COST OF INSURANCE ............................................................................................12
    MAXIMUM INTEREST CREDITING BONUS............................................................12

LOAN PROVISIONS .........................................................................................................12
    POLICY LOANS ......................................................................................................12
    LOAN INTEREST ....................................................................................................13

PARTIAL WITHDRAWAL PROVISIONS ...........................................................................13

SURRENDER PROVISIONS..............................................................................................14
    SURRENDER VALUE...............................................................................................14
    BASIS OF COMPUTATIONS....................................................................................14
    SURRENDER CHARGES.........................................................................................14
    FULL SURRENDERS ...............................................................................................14

GRACE PERIOD, TERMINATION AND REINSTATEMENT PROVISIONS.............................15
    GRACE PERIOD .....................................................................................................15
    TERMINATION.........................................................................................................15
    REINSTATEMENT....................................................................................................15
    DEFERRAL OF PAYMENT.......................................................................................16

V00011660002



CONFIDENTIAL                                                    ATLES_SLD000260

GENERAL POLICY PROVISIONS ........................................................................................ 16
    THE POLICY ............................................................................................................. 16
    CONTRACT CHANGES ........................................................................................... 16
    AGE............................................................................................................................ 16
    PROCEDURES .......................................................................................................... 16
    OWNERSHIP ............................................................................................................. 17
    BENEFICIARIES ....................................................................................................... 17
    COLLATERAL ASSIGNMENT ................................................................................. 17
    INCONTESTABILITY ................................................................................................ 17
    MISSTATEMENT OF AGE OR GENDER ................................................................ 17
    RECLASSIFICATION OF SMOKER AND/OR TOBACCO USE STATUS ............. 18
    SUICIDE EXCLUSION .............................................................................................. 18
    PERIODIC REPORTS ............................................................................................... 18
    ILLUSTRATION OF BENEFITS AND VALUES ...................................................... 18
    NONPARTICIPATING ................................................................................................ 18
    CUSTOMER SERVICE CENTER ............................................................................. 18

PAYOUTS OTHER THAN AS ONE SUM ........................................................................... 19
    ELECTION ................................................................................................................. 19
    PAYOUT OPTIONS ................................................................................................... 19
    CHANGE AND WITHDRAWAL ................................................................................ 20
    EXCESS INTEREST ................................................................................................. 20
    MINIMUM AMOUNTS ................................................................................................ 20
    SUPPLEMENTARY POLICY ..................................................................................... 20
    INCOME PROTECTION ........................................................................................... 20
    DEATH OF PRIMARY PAYEE .................................................................................. 21
    PAYMENTS OTHER THAN MONTHLY .................................................................... 21

SETTLEMENT OPTION TABLES ........................................................................................ 22

Any supplementary amendments, endorsements or riders and a copy of the application follow the final policy provisions and are to be considered part of the Policy.

V00011660003

1166-3/04                                                3

CONFIDENTIAL                                                                    ATLES_SLD000261

## SCHEDULE

| | |
|---|---|
| POLICY NUMBER | 1602412 |
| POLICY DATE | DECEMBER 28, 2004 |

INSURED            RICHARD ███████████
AGE/GENDER     75, Male
PREMIUM CLASS:    Preferred NonSmoker

INITIAL STATED DEATH BENEFIT       $10,000,000.00

MINIMUM DEATH BENEFIT AMOUNT      $100,000

DEATH BENEFIT OPTION       OPTION 1
MONTHLY PROCESSING DATE   28TH

SCHEDULED PREMIUM        $575,000.00, Annually

DEFINITION OF LIFE INSURANCE TEST    Guideline Premium Cash
Value Corridor Test

Coverage will expire if premiums are insufficient to continue coverage. Coverage will also be affected by partial withdrawals, policy loans and changes in the current cost of insurance rates.

A minimum monthly premium no lapse provision applies during the first 10 policy years. To keep the contract in force after the 10 year period may require the payment of premiums significantly higher than the premiums required to satisfy the minimum monthly premium no lapse provision.

CUSTOMER SERVICE CENTER:      P.O. Box 5065, Minot, ND 58702-5065
Toll Free Number 1-877-253-5050

V00011660004

1166-3/04               4

CONFIDENTIAL                        ATLES_SLD000262

## SCHEDULE (Continued)

### SEGMENT BENEFIT PROFILE

| Description | Segment Stated Death Benefit Amount | Segment Effective Date |
|---|---|---|
| Segment # 1 | $10,000,000.00 | 12/28/2004 |

A segment is a block of death benefit coverage. The stated death benefit shown on the schedule page at issue is Segment #1. Additional segments may be added to the policy after issue to increase the death benefit. Each individual segment added to the policy has its own cost of insurance charges as shown in the Schedule. This is further defined in the Definition of Terms section of your policy.

V0001166004A

1166-3/04                                    4A

Questys
Questys

## SCHEDULE (Continued)

MINIMUM MONTHLY PREMIUM NO LAPSE PROVISION

* The Minimum Monthly Premium No Lapse provision applies during the first 10 years. Thereafter, the lapse protection value applies to attained age 100.
* The Minimum Monthly Premium is $27,357.50. If only the Minimum Monthly Premium is paid, you may forego the advantage of building up significant account value.
* See Minimum Monthly Premium No lapse provision.

## EXPENSE CHARGES

A. **Premium Charge:** 10.0% of each premium.

B. **Monthly Administrative Charges:**

    1. **Per Policy Charge:**             $7.50 per policy month in all years .

    2. **Monthly Administrative**      $0.0625   per thousand of stated death benefit
       **Expense Charge:**           (or target death benefit, if greater)

C. **Lapse Protection Value**

    Lapse Protection Interest Rate: 5.5%

    Lapse Protection Monthly Policy Fee: $10.00

    Lapse Protection Monthly Charge per Thousand of Stated Death Benefit (or Target Death Benefit if greater): .0208

    Lapse Protection Percentage of Premium Expense Charge: 33%

    Lapse Protection Interest Enhancement: 0.00%

    Lapse Protection Value Charge for the Waiver of Specified Premium Rider is equal to the guaranteed rates shown in the Rider Schedule.

    The Lapse Protection Value applies to attained age 100.

V0001166004B

1166-3/04                   4B

Questys

ATLES_SLD000264

## SCHEDULE (Continued)

### POLICYHOLDER TRANSACTION CHARGES

Policy Illustrations — $25 for each illustration after the 1st in a policy year.

Partial Withdrawal Service Fee — See below.

### POLICY LOANS

Maximum Guaranteed Policy Loan Interest Rate

| Year | Guaranteed Maximum |
|------|--------------------|
| 1-14 | 6.00% |
| 15+ | 5.00% |

Maximum Loan Amount — See Loan Provisions section

### PARTIAL WITHDRAWALS

Minimum Partial Withdrawal Amount — $1000

Maximum Partial Withdrawal Amount — Amount which will leave $500 as the net cash surrender value

Partial Withdrawal Service Fee — $25

Limit on Partial Withdrawals — Twelve (12) in a policy year.

### GUARANTEED MINIMUM INTEREST RATE — 4.00% per year

Interest is credited at the guaranteed rate shown or may be credited at a higher rate. Any higher rate is guaranteed to be in effect for at least 12 months.

### MAXIMUM INTEREST CREDITING BONUS PERCENTAGE

Policy Year 16+          .5%

The additional interest rate will be payable only if the interest rate applicable to the non-borrowed portion of the account value without such additional interest crediting bonus exceeds 5%.

V0001166AZ4C

1166-AZ-3/04                          4C

Questys
Questys

CONFIDENTIAL                                          ATLES_SLD000265

## SCHEDULE (Continued)

### TABLE OF SURRENDER CHARGES

| SEGMENT YEAR | SURRENDER CHARGE AMOUNT |
|---|---|
| 2004 | $472,500.00 |
| 2005 | $472,500.00 |
| 2006 | $472,500.00 |
| 2007 | $472,500.00 |
| 2008 | $472,500.00 |
| 2009 | $425,250.00 |
| 2010 | $378,000.00 |
| 2011 | $330,750.00 |
| 2012 | $283,500.00 |
| 2013 | $236,250.00 |
| 2014 | $189,000.00 |
| 2015 | $141,750.00 |
| 2016 | $94,500.00 |
| 2017 | $47,250.00 |
| 2018 | $0.00 |

These are the maximum surrender charges pertaining to initial insurance coverage shown in the Schedule on page 4. These charges may change upon any increase or decrease in the policy's target death benefit. The surrender charge is zero at the beginning of the 15th year following a segment's effective date.

If there are surrender charges applicable, a decrease in the target death benefit will result in the deduction of a surrender charge from the account value. See the definition of partial withdrawals and of surrender charges contained in this policy.

V0001166004D

1166-3/04                                4D

Questys

## SCHEDULE (Continued)

The policy's base death benefit at any time will be at least equal to the account value times the appropriate factor from this table.

### DEFINITION OF LIFE INSURANCE
### GUIDELINE PREMIUM TEST/CASH VALUE CORRIDOR TEST
### DEATH BENEFIT FACTORS

| Insured's Attained Age | Factor | Insured's Attained Age | Factor |
|---|---|---|---|
| 0-40 | 2.50 | | |
| | | | |
| 41 | 2.43 | 71 | 1.13 |
| 42 | 2.36 | 72 | 1.11 |
| 43 | 2.29 | 73 | 1.09 |
| 44 | 2.22 | 74 | 1.07 |
| 45 | 2.15 | 75 | 1.05 |
| | | | |
| 46 | 2.09 | 76 | 1.05 |
| 47 | 2.03 | 77 | 1.05 |
| 48 | 1.97 | 78 | 1.05 |
| 49 | 1.91 | 79 | 1.05 |
| 50 | 1.85 | 80 | 1.05 |
| | | | |
| 51 | 1.78 | 81 | 1.05 |
| 52 | 1.71 | 82 | 1.05 |
| 53 | 1.64 | 83 | 1.05 |
| 54 | 1.57 | 84 | 1.05 |
| 55 | 1.50 | 85 | 1.05 |
| | | | |
| 56 | 1.46 | 86 | 1.05 |
| 57 | 1.42 | 87 | 1.05 |
| 58 | 1.38 | 88 | 1.05 |
| 59 | 1.34 | 89 | 1.05 |
| 60 | 1.30 | 90 | 1.05 |
| | | | |
| 61 | 1.28 | 91 | 1.04 |
| 62 | 1.26 | 92 | 1.03 |
| 63 | 1.24 | 93 | 1.02 |
| 64 | 1.22 | 94 | 1.01 |
| 65 | 1.20 | 95 | 1.00 |
| | | | |
| 66 | 1.19 | 96 | 1.00 |
| 67 | 1.18 | 97 | 1.00 |
| 68 | 1.17 | 98 | 1.00 |
| 69 | 1.16 | 99 | 1.00 |
| 70 | 1.15 | 100 and older | 1.00 |

VGL01166004E

1166-3/04    4E

Questys
Questys



## SCHEDULE (Continued)

### TABLE OF GUARANTEED RATES--Segment #1
Guaranteed Maximum Cost of Insurance Rates Per $1000 of Net Amount at Risk
(These rates apply to the Base Policy and Adjustable Term Insurance Rider, if applicable.)

| Attained Age | Monthly Cost of Insurance Rate | Attained Age | Monthly Cost of Insurance Rate | Attained Age | Monthly Cost of Insurance Rate |
|---|---|---|---|---|---|
| 0 | 0.34833 | 34 | 0.13417 | 67 | 2.15500 |
| 1 | 0.08917 | 35 | 0.14083 | 68 | 2.37500 |
| 2 | 0.08250 | 36 | 0.14750 | 69 | 2.61500 |
| 3 | 0.08167 | 37 | 0.15667 | 70 | 2.88583 |
| 4 | 0.07917 | 38 | 0.16667 | 71 | 3.24250 |
| 5 | 0.07500 | 39 | 0.17833 | 72 | 3.54667 |
| 6 | 0.07167 | 40 | 0.19083 | 73 | 3.95333 |
| 7 | 0.06667 | 41 | 0.20583 | 74 | 4.41000 |
| 8 | 0.06333 | 42 | 0.22083 | 75 | 4.90000 |
| 9 | 0.06167 | 43 | 0.23833 | 76 | 5.42167 |
| 10 | 0.06083 | 44 | 0.25583 | 77 | 5.97000 |
| 11 | 0.06417 | 45 | 0.27667 | 78 | 6.53917 |
| 12 | 0.07083 | 46 | 0.29917 | 79 | 7.14333 |
| 13 | 0.08250 | 47 | 0.32333 | 80 | 7.80583 |
| 14 | 0.09583 | 48 | 0.34917 | 81 | 8.54333 |
| 15 | 0.10750 | 49 | 0.37833 | 82 | 9.37667 |
| 16 | 0.11917 | 50 | 0.40917 | 83 | 10.31583 |
| 17 | 0.12833 | 51 | 0.44583 | 84 | 11.34250 |
| 18 | 0.13333 | 52 | 0.48833 | 85 | 12.43333 |
| 19 | 0.13833 | 53 | 0.53583 | 86 | 13.56667 |
| 20 | 0.14000 | 54 | 0.59083 | 87 | 14.73250 |
| 21 | 0.13917 | 55 | 0.65167 | 88 | 15.90750 |
| 22 | 0.13667 | 56 | 0.71917 | 89 | 17.10750 |
| 23 | 0.13417 | 57 | 0.79083 | 90 | 18.34917 |
| 24 | 0.13083 | 58 | 0.86833 | 91 | 19.65333 |
| 25 | 0.12667 | 59 | 0.95583 | 92 | 21.06250 |
| 26 | 0.12333 | 60 | 1.05333 | 93 | 22.63583 |
| 27 | 0.12167 | 61 | 1.16167 | 94 | 24.63750 |
| 28 | 0.12000 | 62 | 1.28500 | 95 | 27.49667 |
| 29 | 0.12000 | 63 | 1.42583 | 96 | 32.04583 |
| 30 | 0.12000 | 64 | 1.58500 | 97 | 40.01667 |
| 31 | 0.12250 | 65 | 1.76083 | 98 | 54.83167 |
| 32 | 0.12500 | 66 | 1.95000 | 99 | 83.33333 |
| 33 | 0.12917 | | | | |

The rates shown above are for a standard premium class. If the policy is based on a special premium class (other than standard), the maximum cost of insurance rates will be adjusted using the rating factor shown in the Segment Benefit Profile of the Schedule for the special premium class. If the premium class is a stated percentage increase, the maximum cost of insurance rates will be determined by multiplying the rates for a standard rate class shown above by the rating factor shown in the Schedule. If the special premium class is a flat amount per $1,000, the maximum cost of insurance will be determined by adding the extra premium per month per $1,000 shown in the Schedule to the rate per $1,000 for the standard rate shown above. The rates shown above are based on the 1980 U.S. Commissioner's Standard Ordinary, Male, Nonsmoker, Ultimate Mortality Table, age nearest birthday.

VMNS1166004F

Questys
Questys

CONFIDENTIAL                                            ATLES_SLD000268



### SCHEDULE (Continued)

### LAPSE PROTECTION VALUE
Guaranteed Maximum Cost of Insurance Rates per $1000 of Net Amount at Risk
(These rates apply to the Base Policy.)

| Attained Age | Monthly Cost of Insurance Rate | Attained Age | Monthly Cost of Insurance Rate | Attained Age | Monthly Cost of Insurance Rate |
|---|---|---|---|---|---|
| 75 | 0.78983 | 84 | 2.66624 | 93 | 5.95339 |
| 76 | 0.94673 | 85 | 3.27005 | 94 | 6.47985 |
| 77 | 1.10264 | 86 | 3.56815 | 95 | 2.63053 |
| 78 | 1.31754 | 87 | 3.87476 | 96 | 3.06572 |
| 79 | 1.43928 | 88 | 4.18379 | 97 | 3.28594 |
| 80 | 1.70383 | 89 | 4.49940 | 98 | 3.57517 |
| 81 | 2.00824 | 90 | 4.82598 | 99 | 3.77746 |
| 82 | 2.20414 | 91 | 5.16898 | | |
| 83 | 2.42490 | 92 | 5.53960 | | |

VLPV1166004G

1166-3/04

Questys

## DEFINITIONS

**Account value:** Account value is the sum of net premiums paid plus credited interest; minus any partial withdrawals and minus the monthly deductions. A monthly deduction is charged against the account value each month the policy is in force.

**Age:** The policy is issued at the age shown in the Schedule. The issue age is the insured's age on the birthday nearest the policy date.

**Attained Age:** Attained age is the insured's age as of the policy date plus the number of completed policy years.

**Base death benefit:** The base death benefit depends on the death benefit option you choose. This is defined in the Base Death Benefit provision of the policy.

**Cash value:** Cash value is the account value minus surrender charges, if any.

**Customer Service Center:** The Security Life Customer Service Center is the company's office at P.O. Box 5065, Minot, ND 58702-5065. For overnight delivery, the address is 2000 21st Ave. NW, Minot, ND 58703-0890.

**Definition of Life Insurance Test:** This is the method by which a life insurance policy may qualify as a life insurance contract as defined in the Internal Revenue Code. On the policy date, the method can be either the Cash Value Accumulation Test or the Guideline Premium Test. The test applicable to your policy is shown in the Schedule. If no test is elected on the application, the Guideline Premium Test will apply to your policy. The test is not subject to change unless required by a change in the Internal Revenue Code or interpretations of the Code or by other applicable legal authority.

**Guaranteed Minimum Interest Rate:** Guaranteed interest rate is the guaranteed minimum interest rate in effect on the policy date, and is shown on the Schedule.

**Insured:** Insured is the person whose life is insured by this policy. The Insured is named on the Schedule and may or may not be the owner of the policy.

**Lapse Protection Value:** Provides a lifetime guarantee that is dependent on the amount of premiums paid and when the premiums are paid. The Lapse Protection Value is a secondary guarantee that will keep a policy in-force if the net cash surrender value falls below zero. The Lapse Protection Value, less any loans, must remain positive while the net cash surrender value is less than zero.

**Minimum death benefit:** The minimum death benefit applies to the stated death benefit if there is no Adjustable Term Insurance Rider attached to your policy. If there is an Adjustable Term Insurance Rider attached to your policy, the minimum death benefit applies to the target death benefit. The minimum death benefit is shown on the Schedule.

**Monthly Processing Date:** The date each month on which the monthly deductions from the account value are due. The first monthly processing date will be the policy date. Subsequent monthly processing dates will be the same date as the policy date each month thereafter.

**Net account value:** Account value minus any policy loan and accrued loan interest.

**Net cash surrender value:** Net account value minus any applicable surrender charge.

V00011660005

1166-3/04                          5

Questys
Questys

                                    ATLES_SLD000270

**Net premium:** The premium amount paid minus the premium charge shown in the Schedule. This charge is deducted from each premium before the premium is applied to your account value.

**Partial withdrawal:** The withdrawal of a portion of your net cash surrender value from the policy. The partial withdrawal may reduce the amount of base death benefit in force, which in turn may cause a surrender charge to be incurred.

**Policy Date:** The policy date is the date from which we measure policy years and determine the monthly processing date. Insurance under this policy takes effect at 12:01 a.m. on the policy date shown on the Schedule. However, no insurance may take effect earlier than the date of policy delivery unless the first premium is paid, and there has been no change in the insurability of the person proposed for insurance from the date of the application for this policy to the date of policy delivery.

**Policy loan:** The sum of amounts you have borrowed from your policy, increased by any policy loan interest capitalized when due, and reduced by any policy loan repayments.

**Right to examine period:** The number of days after delivery during which you have the right to examine your policy and return it for a refund of premium. See the cover page for a description of your right to examine period.

**Scheduled premium:** The premium amount that you specify on the application as the amount you intend to pay at fixed intervals over a specified period of time. Premiums may be paid monthly, quarterly, semiannual, or annually, as you determine. You need not pay the scheduled premium and you may change it at any time. Also, within limits, you may pay less or more than the scheduled premium.

**Segment:** A segment is a block of death benefit coverage. The stated death benefit shown on the Segment Benefit Profile of the Schedule is the initial segment, or Segment #1. Each increase in the stated death benefit (other than due to an option change) is a new segment. Each new segment will be shown separately on the Segment Benefit Profile of the Schedule. The first year for a segment begins on the effective date of the segment and ends one year later. Each new segment may be subject to a new surrender charge, a new premium charge, new cost of insurance charges and new incontestability and suicide exclusion periods.

**Segment premium:** The actual premium received as allocated to existing segments. Premium is allocated in the same proportion that the segment death benefit bears to the sum of all segment death benefits. If there is only one segment, the entire premium is allocated to the segment. As each segment has unique segment years, each segment premium is associated with a segment year.

**Stated death benefit:** The sum of the segments under the policy. The stated death benefit changes when there is an increase or a decrease or when a transaction on the policy causes it to change (for example, a partial withdrawal under an Option 1 base death benefit may cause the stated death benefit to change).

**Surrender Charge:** The charge made against your account value in the event of surrender, policy lapse, requested reductions in the target death benefit, or certain partial withdrawals before the end of the 14th year of applicable coverage.

**Target death benefit:** The target death benefit is the stated death benefit plus the amount of Adjustable Term Insurance Rider benefit, if any, attached to your policy. Refer to your rider for more information.

V0001166005A

1166-3/04                                              5A

Questys
Questys

## INSURANCE COVERAGE PROVISIONS

### POLICY DATE

The policy date shown in the Schedule is the effective date for all coverage provided in the original application. However, no insurance may take effect earlier than the date of policy delivery, unless the first scheduled premium is paid and there has been no change in the insurability of the person proposed for insurance from the date of the application for this policy to the date of policy delivery. The policy date is the date from which we measure policy years and determine the monthly processing date. Future monthly processing dates are the same calendar day of each month as the policy date, except, if the monthly processing date falls on a non-business day, then the monthly processing date is the previous business day.

### BASE DEATH BENEFIT

The base death benefit will be determined, at any time, as follows:

Option 1: Under Option 1, the base death benefit is the greater of:
    (a) The stated death benefit; or
    (b) The account value multiplied by the appropriate factor from the Death Benefit Factors shown in the Schedule.

Option 2: Under Option 2, the base death benefit is the greater of:
    (a) The stated death benefit plus the account value; or
    (b) The account value multiplied by the appropriate factor from the Death Benefit Factors shown in the Schedule.

Option 3: Under Option 3, the base death benefit is the greater of:
    (a) The stated death benefit plus premiums paid less partial withdrawals, or
    (b) The account value multiplied by the appropriate factor from the Death Benefit Factors shown in the Schedule.

The stated death benefit and the death benefit option are shown in the Schedule.

This policy is designed to qualify as a life insurance contract under the Internal Revenue Code. All terms and provisions of the policy shall be construed in a manner consistent with that design. The target death benefit in force at any time shall not be less than the amount of insurance necessary to achieve such qualification under the applicable provisions of the Internal Revenue Code in existence at the time the policy is issued. We reserve the right to amend the policy or adjust the amount of insurance when required to maintain this tax qualification. We will send you a copy of any policy amendment.

### CHANGE IN REQUESTED INSURANCE COVERAGE

You may request that the insurance coverage be increased or decreased. Decreases are not allowed before the first policy anniversary. The change in coverage may not be for an amount less than $1,000. The effective date of the change will be the monthly processing date immediately following the date your written application is approved by us. After any change to the stated death benefit, you will receive an amended Schedule reflecting the change, the benefit under any riders, if applicable, the surrender charge, if any, the guaranteed cost of insurance rates and the new target premium. Changes in insurance coverage have the same effect on the calculation of the Minimum Monthly Premium No Lapse provision and Lapse Protection Value as they do on the calculation of account value.

V00011660006

1166-3/04            6

CONFIDENTIAL    ATLES_SLD000272

## Requested Increases in Coverage

Subject to our limits, you may request an increase in the stated death benefit through attained age 85. An increase will become effective as of the monthly processing date immediately following the date your written application is approved by us. You must provide evidence satisfactory to us that the insured is insurable according to our normal rules of underwriting for the applicable premium class for this type of policy. This evidence will include an application and may include required medical information. An increase will consist of a new segment of stated death benefit. Each new segment will result in a new premium charge which will be deducted from the premium allocated to the new segment. The new segment may also be subject to new monthly expense charges, new cost of insurance charges, new surrender charges and new incontestability and suicide exclusion periods.

## Requested Decreases in Coverage

After the first policy anniversary, you may request a decrease in the target death benefit. We will limit the decrease such that, immediately after the requested decrease, the target death benefit is at least the minimum amount we require to issue this policy. The minimum death benefit amount is shown in the Schedule.

A decrease will be effective as of the monthly processing date immediately following the date your written application is approved by us. A decrease will first reduce Adjustable Term Insurance Rider coverage, if attached to your policy, and will then reduce each of the stated death benefit segments pro rata for the remaining amount of the reduction.

The surrender charge will be reduced at the time of the reduction in target death benefit. A surrender charge will be deducted from your account value, unless the target death benefit is decreased because the death benefit option is changed. The amount we deduct is calculated by multiplying the surrender charge per unit for a given coverage times the reduction in that coverage. The surrender charge remaining after the decrease will be the original surrender charge shown in the Schedule less the surrender charge deducted as a result of the decrease.

## Death Benefit Option Changes

Beginning with the first monthly processing date and ending with the policy anniversary nearest the insured's 100th birth date, you may request to change the death benefit option. This change will be effective as of the next monthly processing date following approval. A death benefit option change applies to the entire stated death benefit. We may not allow any change if it would reduce the stated death benefit below the minimum we require to issue this policy at the time of reduction. Death benefit option changes from Option 1 to Option 3, from Option 2 to Option 3 and from Option 3 to Option 2 are not allowed. After the effective date of the change, the stated death benefit will be changed according to the following table:

| OPTION CHANGE | | STATED DEATH BENEFIT FOLLOWING THE OPTION CHANGE EQUALS: |
|---|---|---|
| FROM | TO | |
| Option 1 | Option 2 | Stated death benefit prior to such change minus your account value as of the effective date of the change. |
| Option 2 | Option 1 | Stated death benefit prior to such change plus your account value as of the effective date of the change. |
| Option 3 | Option 1 | Stated death benefit prior to such change plus the sum of all the premiums paid minus all partial withdrawals taken prior to the effective date of the change. |

To determine the segment stated death benefit after an option change, your account value will be allocated to each segment in the same proportion that segment bears to the total stated death benefit as of the effective date of the change.

V00011660007

1166-3/04

7

Questys
Questys

CONFIDENTIAL                                                                              ATLES_SLD000273

## CONTINUATION OF COVERAGE BEYOND AGE 100

If the policy is in force on the policy anniversary nearest the insured's 100th birth date, the policy will continue pursuant to the terms of the policy. On this date, the following will occur:

(a) If there is no Adjustable Term Insurance Rider on the policy, the death benefit for the policy is the greater of the stated death benefit and the account value. If there is an Adjustable Term Insurance Rider attached to the policy, the death benefit for the policy will equal the greater of the target death benefit and the account value. Any Adjustable Term Insurance Rider will then terminate.

(b) All other riders attached to the policy also will terminate.

(c) If the death benefit option in force on the policy is Option 2 or Option 3, the policy will be converted to death benefit Option 1 in accordance with the procedures outlined in the Death Benefit Option Changes provision of the policy. No further changes will be allowed to the death benefit option.

After the policy anniversary nearest the insured's 100th birth date, no further premiums will be accepted and no monthly deductions will be made. Policyholder transaction charges continue to be deducted at the time of the applicable transaction. Policy loans and withdrawals continue to be available. Any existing policy loan will continue. Policy loan interest will continue to accrue and if not paid, may cause your policy to lapse. Payments on policy loans and policy loan interest will be accepted. The policy will enter the 61-day grace period if the net cash surrender value is zero or less.

If you do not want coverage to continue past the policy anniversary nearest the insured's 100th birth date, the policy may be surrendered at that time, or earlier.

Coverage provided beyond age 100 may cause the policy to fail to qualify as life insurance under the Internal Revenue Code. You may be subject to adverse tax consequences. A tax advisor should be consulted before the policyowner chooses to continue the policy after age 100.

## PAYOUT OF PROCEEDS

Proceeds refer to the amount we will pay:

a)   Upon surrender of the policy; or

b)   Upon the insured's death.

The proceeds upon surrender of this policy will be the net cash surrender value. The amount of proceeds payable upon the insured's death will be the base death benefit in effect on the date of the insured's death, plus amounts payable from any additional benefits provided by rider, minus any outstanding policy loan including accrued but unpaid interest, minus any unpaid monthly deductions incurred prior to the date of the insured's death. The calculation of the death proceeds will be computed as of the date of the insured's death.

We will determine the amount of death proceeds payable when we have received due proof of the insured's death and any other information which is necessary to process the claim. Any proceeds we pay are subject to adjustments as provided in the Misstatement of Age or Gender, Suicide Exclusion and Incontestability provisions.

We will pay proceeds in one sum unless you request an alternate method of payment. There are many possible methods of payment. The available payout methods are described in the Payouts Other Than As One Sum provision. Contact us, or your agent, for additional information. Interest will be paid on the one sum death proceeds from the date of the insured's death to the date of payment, or until a payout option is selected. Interest will be at the rate we declare, or at any higher rate required by law.

V00011660008

Questys
Questys

CONFIDENTIAL                                                                                    ATLES_SLD000274

# PREMIUM PROVISIONS

### SCHEDULED PREMIUMS

The scheduled premium as shown in the Schedule may be paid while this policy is in force prior to the policy anniversary nearest the insured's 100th birth date. You may increase or decrease the amount of the scheduled premium, subject to limits we may set and provisions in the Premium Limitation section. Under conditions provided in the Grace Period provision you may be required to make premium payments to keep the policy in force. You may pay premiums on a monthly basis through an automated payment facility.

### UNSCHEDULED PREMIUMS

You may make unscheduled premium payments at any time the policy is in force prior to the policy anniversary nearest the insured's 100th birth date, subject to the Premium Limitation section. Unless you tell us otherwise, these premium payments will first be applied to reduce or pay off any existing policy loan and no premium charges will be deducted.

### PREMIUM LIMITATION

We will refund any premium that causes your policy not to qualify as a life insurance policy under the Internal Revenue Code. No premium may be paid after the death of the insured. No premium may be paid after the policy anniversary nearest the insured's 100th birth date.

### FAILURE TO PAY PREMIUM

If you stop paying premiums prior to the policy anniversary nearest the insured's 100th birth date, your coverage may lapse. See your Grace Period provision for details.

### NET PREMIUM

Net premium equals the premium paid minus the premium charge.

Each time we receive a premium we determine the premium charge by multiplying the applicable premium charge percentage times the premium.

### LAPSE PROTECTION NET PREMIUM

The lapse protection net premium is the premium paid, less the lapse protection percentage of premium expense charge.

The lapse protection percentage of premium expense charge is shown in the Schedule.

V00011660009

1166-3/04                                              9

Quality
Questys

CONFIDENTIAL                                                        ATLES_SLD000275

## ACCOUNT VALUE

The account value on the policy date will be the first net premium for this policy, less the monthly deduction for the first policy month.

On any monthly processing date other than the policy date, the account value is equal to:

a) the account value on the first day of the previous policy month; plus
b) one month's interest on both the loaned and unloaned portion of item a); plus
c) any net premium received since the most recent monthly processing date with interest from the date of receipt to the date of calculation; minus
d) the monthly deduction for the current month; minus
e) the amount of any partial withdrawal on the monthly processing date and a service charge for such partial withdrawal.

The account value on any other day is calculated in a manner consistent with the preceding formula.

## MINIMUM MONTHLY PREMIUM NO LAPSE PROVISION

The minimum monthly premium no lapse provision applies during the period shown on the Schedule. During this period, your policy will not enter the grace period on a monthly processing day if the minimum monthly premium requirement has been met. The minimum monthly premium requirement is met on any monthly processing day if a) equals or exceeds b), where:

a) is the sum of the premiums paid since the policy date, less all partial surrenders and any loan amount; and
b) is the cumulative total of the minimum monthly premiums in effect from the policy date to the end of the current period.

### Minimum Monthly Premium

The minimum monthly premium in effect on the policy date is shown on the Schedule. The minimum monthly premium in effect may change after:

a) an increase or decrease in the target death benefit;
b) the addition or deletion of a rider;
c) a change in death benefit option; or
d) a partial surrender resulting in a decrease in the target death benefit

Such new minimum monthly premium will apply from the effective date of any of the above changes and will continue to apply until the end of the period noted above, starting from the policy date.   The above changes do not cause the period to begin again.

If you pay only the minimum monthly premium, you may forego the advantage of building up significant account value. When the minimum monthly premium no lapse provision terminates, you may be required to pay additional premium in order to prevent this policy from lapsing. The duration of your minimum monthly premium no lapse provision is shown on the Schedule.

V00011660010

1166-3/04                                10

Questys

## LAPSE PROTECTION VALUE

This provision applies during the period shown on the Schedule. During this period, this policy will not lapse as long as the lapse protection value, less any loan amount, is greater than zero. The lapse protection value is a reference value equal to what the account value would have been if it had been calculated using the values shown on the lapse protection value policy Schedule page, where:

a) the interest rate will always be the lapse protection interest rate;
b) the lapse protection interest enhancement percentage replaces the maximum interest crediting bonus;
c) the monthly cost of insurance charge is calculated using the lapse protection monthly cost of insurance rates for the base policy and riders in place of the monthly cost of insurance;
d) the lapse protection monthly policy fee replaces the monthly per policy charge;
e) the lapse protection net premium referenced in the lapse protection net premium provision replaces the net premium; and
f) the lapse protection monthly charge per thousand of target death benefit replaces the maximum monthly administrative expense charge of target death benefit.

The lapse protection value will not be used to determine the actual account value. The lapse protection value is not used to determine the death benefit amount provided by this policy. Timing of premium payments, loans, partial withdrawals, changes to target death benefit or death benefit option have the same effect on the calculation of lapse protection value as they do on the calculation of the account value.

## DEDUCTIONS

### MONTHLY DEDUCTION

The monthly deduction is equal to:
a) The cost of insurance charges for this policy; plus
b) The monthly charges for any additional benefits provided by riders in force under the policy; plus
c) The per policy charge shown in the Schedule; and
d) The monthly administrative expense charge shown in the Schedule.

After the policy anniversary nearest the insured's 100th birth date no further monthly deductions will be made.

Policyholder transaction charges, as described in the Schedule, are deducted at the time of the applicable transaction, before and after the policy anniversary nearest the insured's 100th birthdate.

V00011660011

1166-3/04                    11

Lincoln
Questys

CONFIDENTIAL                                                    ATLES_SLD000277

## COST OF INSURANCE

The cost of insurance for the policy is the sum of the cost of insurance for all segments. A segment's cost of insurance is the cost of insurance rate for the premium class for the segment multiplied by the net amount at risk allocated to the segment. It is determined on a monthly basis.

The net amount at risk is (a) minus (b) where:

a)   is the sum of (i) the base death benefit for each segment as of the monthly processing date after the monthly deductions (other than cost of insurance charges for the base death benefit and any riders), divided by (ii) the result of 1 plus the monthly equivalent of the guaranteed minimum interest rate as shown in the Schedule; and

b)   is your account value as of the monthly processing date after the monthly deductions (other than the cost of insurance charges for the base death benefit and any riders).

The net amount at risk will be allocated to a segment in the same proportion as that segment's stated death benefit bears to the sum of the stated death benefits for all segments.

The cost of insurance rate for each segment will be determined by us from time to time. Different rates will apply to each segment. The Company will refer to the gender and age of the insured as of the effective date of segment coverage, the duration since the coverage began, the amount of target death benefit and the segment premium class in applying its current rates for each insured. Any change in rates will apply to all individuals of the same premium class and whose policies have been in effect for the same length of time. The rates will never exceed those rates shown in the Table of Guaranteed Rates for the segment. These tables are in the Schedule.

## MAXIMUM INTEREST CREDITING BONUS

Additional interest at a rate of not greater than .5% annually will be credited to this policy once it has been in force for at least 15 policy years.

The additional interest rate will be payable only if the interest rate applicable to the non-borrowed portion of the account value without such additional interest crediting bonus exceeds 5%.

# LOAN PROVISIONS

## POLICY LOANS

You may obtain a policy loan on or after the first monthly processing date. The maximum amount you may borrow at any time equals the net cash surrender value on the date of the loan request less any outstanding policy loan including accrued but unpaid loan interest to the next policy anniversary and less all monthly deductions to the next policy anniversary. The policy loan is a first lien on your policy. The outstanding policy loan amount is equal to the loan amount as of the beginning of the policy year plus new loans and minus loan repayments, plus accrued interest.

V0001166AZ12

1166-AZ-3/04                                    12

CONFIDENTIAL                                                    ATLES_SLD000278

## LOAN INTEREST

The annual policy loan interest rates are shown in the Schedule. If a loan is made, interest is due and payable at the end of the policy year. Thereafter, interest on the loan amount is due annually at the end of each policy year until the loan is repaid. If interest is not paid when due, it is added to the policy loan. The portion of the account value subject to a loan may accumulate at a different rate of interest than the portion not subject to a loan.

If the policy loan amount and any accrued interest equals or exceeds the cash surrender value, a premium sufficient to keep this policy in force must be paid as provided in the Grace Period provision.

Loan amounts and accrued interest have the same effect on the calculation of the minimum monthly premium no lapse provision and lapse protection value as they do on the calculation of the account value.

# PARTIAL WITHDRAWAL PROVISIONS

You may request a partial withdrawal from your account value on any monthly processing date after the first policy anniversary by writing to us at our Customer Service Center. The minimum and maximum partial withdrawal amounts are shown in the Schedule. When we process a partial withdrawal, the amount of the withdrawal plus a service fee is deducted from your account value. The amount of the service fee is shown in the Schedule. We limit the number of partial withdrawals in a policy year. This number is shown in the Schedule.

The stated death benefit is not reduced by a partial withdrawal taken when the base death benefit has been increased to qualify your policy as life insurance under the Internal Revenue Code and the amount withdrawn is not greater than that which reduces your account value to the level which no longer requires the base death benefit to be increased for Internal Revenue Code purposes. Otherwise, the stated death benefit is reduced by the amount of the partial withdrawal unless one of the following exceptions applies.

> For a policy with an Option 1 death benefit, the stated death benefit is not reduced by a partial withdrawal:
> a) If no more than 15 years have elapsed since the policy date;
> b) If the insured's age is not yet age 81; and
> c) If the partial withdrawal taken is less than either the greater of 10% of your account value or 5% of the stated death benefit, calculated immediately before the partial withdrawal. Any additional amount withdrawn reduces your stated death benefit by that additional amount.
> For a policy with an Option 2 death benefit, a partial withdrawal does not reduce your stated death benefit.

> For a policy with an Option 3 death benefit, a partial withdrawal reduces your stated death benefit by any amount of the partial withdrawal in excess of premiums paid, less prior withdrawals, to the date of the partial withdrawal.

V00011660013

1166-3/04                                    13

Questys
Questys

CONFIDENTIAL                                                          ATLES_SLD000279

Any reduction in death benefit or account value will occur as of the date the partial withdrawal occurs. Partial withdrawals have the same effect on the calculation of the minimum monthly premium no lapse provision and lapse protection value as they do to the calculation of the account value.

We will limit the amount of the partial withdrawal such that, immediately after the requested withdrawal, the death benefit is at least the minimum death benefit we require to issue this policy. The minimum amount is shown in the Schedule.

We will send you a new Schedule to reflect the effect of the withdrawal if there is any change to the stated death benefit. We may ask you to return your policy to our Customer Service Center to make this change. The withdrawal and the reductions in death benefits will be effective as of the monthly processing date after we receive your request.

## SURRENDER PROVISIONS

### SURRENDER VALUE

The net cash surrender value on any date will be your account value minus any applicable surrender charge and minus any policy loan including accrued but unpaid loan interest.

### BASIS OF COMPUTATIONS

The cash surrender value under the policy is not less than the minimums required as of the policy date by the state in which your policy was delivered. A detailed statement of the method of computation of policy values under the policy has been filed with the insurance department of the state in which the policy was delivered, if required.

### SURRENDER CHARGES

A separate surrender charge may apply to each unit of target death benefit and additional death benefit increases for each policy year. The surrender charge for this policy is the sum of the surrender charge for each death benefit coverage. The surrender charge depends on the segment issue age, effective date and target death benefit shown on the Schedule.

During the first 14 policy years, or within 14 years of the effective date of an increase in the death benefit, if you request a decrease to the target death benefit or take a partial withdrawal which causes the target death benefit to decrease, the surrender charge will decrease.

Upon a decrease in the target death benefit, the applicable surrender charge will be deducted from your account value. The amount we deduct is calculated by applying the surrender charge per unit of each coverage to the units reduced as defined in the Requested Decreases in Coverage section. The surrender charge remaining after the decrease will be the original surrender charge shown in the Schedule less the surrender charge deducted as a result of the decrease. If the amount deducted from your account value causes your net cash surrender value to become zero or less, you may enter the grace period. (See Grace Period provision.)

### FULL SURRENDERS

You may surrender your policy after the right to examine period or at any time before the death of the insured and receive the net cash surrender value. We will compute the net cash surrender value as of the next monthly processing date after we receive both your request and the policy at our Customer Service Center. This policy will be canceled as of the date we receive your request, and there will be no further benefits under this policy. Once you surrender this policy, it cannot be reinstated.

V00011660014

1166-3/04                                    14

Questys

## GRACE PERIOD, TERMINATION AND REINSTATEMENT PROVISIONS

### GRACE PERIOD

Except as provided in the Minimum Monthly Premium No Lapse provision and the Lapse Protection
Value provision, on a monthly processing date, if the net account value is zero or less, the policy will
enter into a 61-day grace period.

During the grace period you must make the required premium payment then due to keep the policy in
force. If this amount is not received in full by the end of the grace period, the policy will lapse without
value. The required premium payment will be equal to past due charges plus an amount we expect to be
sufficient to keep the policy and any riders in force for 2 months following receipt of the required premium
payment. If we receive at least the required premium payment during the grace period, we will apply the
net premium payment to the policy and make deductions for the past due amounts.

Notice of the amount of the required premium payment will be mailed to you and any assignee at the
last known address at least 30 days before the end of the grace period.

If the death of the insured occurs during the grace period, we will deduct any overdue monthly charges
from the death proceeds of the policy.

This policy will not enter the grace period if the policy meets the requirements of the Minimum Monthly
Premium No Lapse provision or the Lapse Protection Value provision depending on which, if either,
provision is applicable at that time.

### TERMINATION

All coverage provided by this policy will end as of the earliest of:

  a)   The date the policy is surrendered;
  b)   The date of the insured's death; or
  c)   The date the grace period ends without payment of the required premium.

### REINSTATEMENT

The policy and its riders may be reinstated within five years after the beginning of the grace period. The
reinstatement will be effective as of the monthly processing date on or next following the date we
approve your written application for reinstatement.

We will reinstate the policy and any riders if the following conditions are met:

  a)   You have not surrendered the policy for its net cash surrender value;
  b)   You submit evidence satisfactory to us that the insured, and those insured under any riders, is
       still insurable according to our normal rules of underwriting for the applicable underwriting class
       for this type of policy; and
  c)   We receive payment of the amount of premium sufficient to keep the policy and any riders in
       force from the beginning of the grace period to the end of the expired grace period and for 2
       months after the date of reinstatement. We will let you know at the time you request
       reinstatement, the amount of premium needed for this purpose.

We will reinstate any policy loan, with accrued loan interest to the end of the Grace Period, which existed
when coverage ended.

V00011660015

1166-3/04                                          15

Questys

## DEFERRAL OF PAYMENT

We may defer for up to 6 months payment of any surrender proceeds, partial withdrawals or loans. Death proceeds will be paid promptly upon receipt of due proof of death.

# GENERAL POLICY PROVISIONS

## THE POLICY

The policy, including the original application and applications for any increases, decreases, riders, endorsements, any Schedule pages, and any reinstatement applications make up the entire contract between you and us. A copy of the original application will be attached to the policy at issue or at delivery. A copy of any application as well as a new Schedule will be attached or furnished to you for attachment to the policy at the time of any change in coverage. In the absence of fraud, all statements made in any application will be considered representations and not warranties. No statement will be used to deny a claim unless it is in an application.

## CONTRACT CHANGES

All changes made by us must be signed by our president or an officer and by our secretary or assistant secretary. No other persons can change any of this policy's terms and conditions.

## AGE

The policy is issued at the age shown in the Schedule. The issue age is the insured's age on the birthday nearest the policy date. The insured's age at any time is the age shown in the Schedule increased by the number of completed policy years.

## PROCEDURES

We must receive any election, designation, assignment or any other change request you make in writing, except those specified on the application. It must be in a form acceptable to us. We may require a return of the policy for any change or for a full surrender. We are not liable for any action we take before we receive and record the written request at our Customer Service Center.

In the event of the death of the insured, please let us or our agent know as soon as possible. Upon notification to us or our agent, instructions will promptly be sent to you or the beneficiary. We may require proof of age and a certified copy of the death certificate. We may require the beneficiary and next of kin sign authorizations as part of due proof. These authorization forms allow us to obtain information about the decedent, including, but not limited to, medical records of physicians and hospitals used by the decedent. Settlement will be made upon receipt of due proof of death.

V00011660016

1166-3/04                                    16

Questys
Questys

## OWNERSHIP

The original owner is the person or entity named as the owner in the application. You, as the owner, can exercise all rights and receive the benefits until the insured's death. This includes the right to change the owner, beneficiaries, and methods for the payment of proceeds. All rights of the owner are subject to the rights of any assignee and any irrevocable beneficiary.

You may name a new owner by sending written notice to us. The effective date of the change to the new owner will be the date you sign the notice. The change will not affect any payment made or action taken by us before we record the change at our Customer Service Center.

## BENEFICIARIES

The primary beneficiary surviving the insured's death will receive any death proceeds which become payable. Surviving contingent beneficiaries are paid death proceeds only if no primary beneficiary has survived the insured's death. If more than one beneficiary in a class survives the insured's death, they will share the death proceeds equally, unless your designation provides otherwise. If there is no designated beneficiary surviving, you or your estate will be paid the death proceeds. The beneficiary designation will be on file with us or at a location designated by us. Until the insured's death, you may name a new beneficiary. The effective date of the change will be the date the request was signed. We will pay proceeds to the most recent beneficiary designation on file. We will not be subject to multiple payments.

## COLLATERAL ASSIGNMENT

You may assign this policy as collateral security by written notice to us. Once it is recorded with us, the rights of the owner and beneficiary are subject to the assignment. It is your responsibility to make sure the assignment is valid.

## INCONTESTABILITY

After this policy has been in force while the insured is alive for 2 years from the policy date, we will not contest the statements in the application attached at issue.

After this policy has been in force while the insured is alive for 2 years from the effective date of any new segment or from the effective date of an increase in any other benefit, we will not contest the statements in the application for the new segment or other increase.

After this policy has been in force while the insured is alive for 2 years from the effective date of any reinstatement, we will not contest the statements in the application for such reinstatement.

## MISSTATEMENT OF AGE OR GENDER

If the insured's age or gender has been misstated, the death benefit will be adjusted. Notwithstanding the Incontestability provision above, the death benefit will be that which the cost of insurance, which was deducted from your account value on the last monthly processing date prior to the death of the insured, would have purchased for the insured's correct age and gender.

V00011660017

1166-3/04                                           17

## RECLASSIFICATION OF SMOKER AND/OR TOBACCO USE STATUS

If there is a change in the insured's smoking and/or tobacco use habits during the time this policy is in force, you may apply for a reclassification of the insured's premium rate class by sending a written request to us at our Home Office. This policy must have been in force for one year from the earlier of its issue date or policy date before any such request may be made. Any reclassification will be based upon our general underwriting rules in effect at the time your request is submitted, and may include criteria other than smoking and/or tobacco use status. The insured may be required to undergo a new medical examination prior to any such reclassification. Our definitions of smoker and/or tobacco use at that time may also be different than our definitions at the time this policy was issued. This policy's CONTESTABILITY and SUICIDE provisions will not begin again upon the insured's reclassification.

## SUICIDE EXCLUSION

If the insured commits suicide, while sane or insane, within 2 years of the policy date, we will make a limited payment to the beneficiary. We will pay in one sum the amount of all premiums paid to us during that time, minus any outstanding policy loan (including accrued but unpaid interest) and partial withdrawals. Coverage under the policy and all riders will then terminate.

If the insured commits suicide, while sane or insane, within 2 years of the effective date of a new segment or of an increase in any other benefit, we will make a limited payment to the beneficiary for the new segment or other increase. This payment will equal the cost of insurance and any applicable monthly expense charges deducted for such increase. Coverage under that segment will then terminate.

## PERIODIC REPORTS

We will send you, without charge, at least once each year a report that shows the current account value, net cash surrender value and premiums paid since the last report. The report will include any other information that may be currently required by the insurance supervisory official of the jurisdiction in which this policy is delivered.

## ILLUSTRATION OF BENEFITS AND VALUES

We will send you, upon written request, a hypothetical illustration of future death benefits and account values. This illustration will include the information as required by the laws or regulations where this policy is delivered. If you request more than one illustration during a policy year, we reserve the right to charge a reasonable fee for each additional illustration. The maximum amount of this fee is shown in the Schedule.

## NONPARTICIPATING

The policy does not participate in our surplus earnings.

## CUSTOMER SERVICE CENTER

Our Customer Service Center is at the address shown in the Schedule. Unless otherwise provided in this policy or you are otherwise notified:

a)    All requests and payments should be sent to us at our Customer Service Center; and
b)    All transactions are effective as of the date the required information is received at our Customer Service Center.

V00011660018

1166-3/04                                18

CONFIDENTIAL                                ATLES_SLD000284

# PAYOUTS OTHER THAN AS ONE SUM

## ELECTION

Before the insured's death, you may elect to have the beneficiary receive the proceeds other than in one sum. If you have not made an election, the beneficiary may do so within 60 days after we receive due proof satisfactory to us of the insured's death. You may also elect to take the net cash surrender value of the policy upon its surrender other than in one sum. A Satisfactory written request must be received at our Customer Service Center before payment can be made. A payee that is not a natural person may not be named without our consent. The various methods of settlement are described in the following Payout Options section.

## PAYOUT OPTIONS

**OPTION I.  Payouts for a Designated Period.**  Payouts will be made in annual, semi-annual, quarterly or monthly installments per year as elected for a designated period, which may be 5 to 30 years. The installment dollar amounts will be equal except for any excess interest as described below. The amount of the first monthly payout for each $1,000 of account value applied is shown in Settlement Option Table I.

**OPTION II.  Life Income With Payouts for a Designated Period.**  Payouts will be made in annual, semi-annual, quarterly or monthly installments per year throughout the payee's lifetime, or if longer, for a period of 5, 10, 15 or 20 years as elected. The installment dollar amounts will be equal except for any excess interest as described below. The amount of the first monthly payout for each $1,000 of account value applied is shown in Settlement Option Table II. This option is available only for ages shown in the table.

Payouts for Payout Option II will be determined by using the 2000 Individual Annuitant Mortality Table for the appropriate gender at 1.5% interest.

**OPTION III.  Hold at Interest.**  Amounts may be left on deposit with us to be paid upon the death of the payee or at any earlier date elected. Interest on any unpaid balance will be at the rate declared by us or at any higher rate required by law. Interest may be accumulated or paid in 1, 2, 4, or 12 installments per year, as elected. Money may not be left on deposit for more than 30 years.

**OPTION IV.  Payouts of a Designated Amount.**  Payouts will be made until proceeds, together with interest which will be at the rate declared by us or at any higher rate required by law, are exhausted. Payouts will be made in annual, semi-annual, quarterly or monthly equal installments per year, as elected.

**OPTION V.  Other.**  Settlement may be made in any other manner as agreed upon in writing between you (or the beneficiary) and us.

V00011660019

CONFIDENTIAL                                                          ATLES_SLD000285

## CHANGE AND WITHDRAWAL

You may change any payout election at any time before the insured's death. If you have given the beneficiary the right to make changes or withdrawals, or if the beneficiary has elected the option, the beneficiary (as primary payee) may take the actions below.

   a)   Changes may be made from Payout Options I, III, and IV to another option.
   b)   Full withdrawals may be made under Payout Option III or IV. Partial withdrawals of not less than $300 may be made under Payout Option III.
   c)   Remaining installments under Payout Option I may be commuted at 3% interest and received in one sum.
   d)   Changes in any contingent payee designation may be made.

A written request must be sent to our Customer Service Center in writing to make a change or withdrawal. We also may require that you send in the supplementary policy. We may defer payment of commuted and withdrawable amounts for a period up to 6 months.

## EXCESS INTEREST

If we declare that Payout Options are to be credited with an interest rate above that guaranteed, it will apply to Payout Options I, II, III, and IV. The crediting of excess interest for one period does not guarantee the higher rate for other periods.

## MINIMUM AMOUNTS

The minimum amount which may be applied under any option is $2,000. If the payments to the payee are ever less than $20, we may change the frequency of payments so as to result in payments of at least that amount.

## SUPPLEMENTARY POLICY

When a payout option becomes effective, the policy will be surrendered in exchange for a supplementary policy. It will provide for the manner of settlement and rights of the payees. The supplementary policy's effective date will be the date of the insured's death or the date of other settlement. The first payment under Options I, II, and IV will be payable as of the effective date. The first interest payment under Option III will be made as of the end of the interest payment period elected. Subsequent payments will be made in accordance with the frequency of payment elected. The supplementary policy may not be assigned or payments made to another without our consent.

## INCOME PROTECTION

Unless otherwise provided in the election, a payee does not have the right to commute, transfer or encumber amounts held or installments to become payable. To the extent provided by law, the proceeds, amount retained, and installments are not subject to any payee's debts, policies, or engagements.

V00011660020

1166-3/04                                    20

Upland
Questys

CONFIDENTIAL                                                            ATLES_SLD000286

## DEATH OF PRIMARY PAYEE

Upon the primary payee's death, any payments certain under Option I or II, interest payments under Option III, or payments under Option IV will be continued to the contingent payee; or, amounts may be released in one sum if permitted by the policy. The final payee will be the estate of the last to die of the primary payee and any contingent payee.

## PAYMENTS OTHER THAN MONTHLY

The tables that follow show monthly installments for Options I and II. To arrive at annual, semiannual, or quarterly payments, multiply the appropriate figures by 11.813, 5.957 or 2.991 respectively. Factors for other periods certain or for other options that may be provided by mutual agreement will be provided upon reasonable request.

V00011660021

Questys
Questys

CONFIDENTIAL                                                                ATLES_SLD000287

## SETTLEMENT OPTION TABLES

## SETTLEMENT OPTION TABLE I

(Per $1,000 of Net Proceeds)

| No. of Years Payable | Monthly Installments | No. of Years Payable | Monthly Installments |
|---|---|---|---|
| 1 | $83.90 | 16 | $5.85 |
| 2 | $42.26 | 17 | $5.55 |
| 3 | $28.39 | 18 | $5.27 |
| 4 | $21.45 | 19 | $5.03 |
| 5 | $17.28 | 20 | $4.81 |
| 6 | $14.51 | 21 | $4.62 |
| 7 | $12.53 | 22 | $4.44 |
| 8 | $11.04 | 23 | $4.28 |
| 9 | $9.89 | 24 | $4.13 |
| 10 | $8.96 | 25 | $3.99 |
| 11 | $8.21 | 26 | $3.86 |
| 12 | $7.58 | 27 | $3.75 |
| 13 | $7.05 | 28 | $3.64 |
| 14 | $6.59 | 29 | $3.54 |
| 15 | $6.20 | 30 | $3.44 |

These monthly income factors are based on the 2000 Individual Annuitant Mortality Table and interest at the rate of 1.5% per year.

1166-3/04

22

V00011660022

CONFIDENTIAL

ATLES_SLD000288

Questys
Questys

# SETTLEMENT OPTION TABLE II
## Female

(Per $1,000 of Net Proceeds)

| Age of Payee Nearest Birth date When First Installment is Payable | Female — Monthly Installment | | | |
|---|---|---|---|---|
| | With 5 Years Certain Life | With 10 Years Certain Life | With 15 Years Certain Life | With 20 Years Certain Life |
| 15 | 1.92 | 1.92 | 1.92 | 1.92 |
| 16 | 1.94 | 1.94 | 1.94 | 1.94 |
| 17 | 1.96 | 1.95 | 1.95 | 1.95 |
| 18 | 1.97 | 1.97 | 1.97 | 1.97 |
| 19 | 1.99 | 1.99 | 1.99 | 1.99 |
| 20 | 2.01 | 2.01 | 2.01 | 2.00 |
| 21 | 2.02 | 2.02 | 2.02 | 2.02 |
| 22 | 2.04 | 2.04 | 2.04 | 2.04 |
| 23 | 2.06 | 2.06 | 2.06 | 2.06 |
| 24 | 2.08 | 2.08 | 2.08 | 2.08 |
| 25 | 2.10 | 2.10 | 2.10 | 2.10 |
| 26 | 2.13 | 2.12 | 2.12 | 2.12 |
| 27 | 2.15 | 2.15 | 2.15 | 2.14 |
| 28 | 2.17 | 2.17 | 2.17 | 2.17 |
| 29 | 2.19 | 2.19 | 2.19 | 2.19 |
| 30 | 2.22 | 2.22 | 2.22 | 2.21 |
| 31 | 2.25 | 2.24 | 2.24 | 2.24 |
| 32 | 2.27 | 2.27 | 2.27 | 2.27 |
| 33 | 2.30 | 2.30 | 2.30 | 2.29 |
| 34 | 2.33 | 2.33 | 2.32 | 2.32 |
| 35 | 2.36 | 2.36 | 2.35 | 2.35 |
| 36 | 2.39 | 2.39 | 2.39 | 2.38 |
| 37 | 2.42 | 2.42 | 2.42 | 2.41 |
| 38 | 2.46 | 2.45 | 2.45 | 2.44 |
| 39 | 2.49 | 2.49 | 2.49 | 2.48 |
| 40 | 2.53 | 2.53 | 2.52 | 2.51 |
| 41 | 2.57 | 2.56 | 2.56 | 2.55 |
| 42 | 2.61 | 2.60 | 2.60 | 2.59 |
| 43 | 2.65 | 2.64 | 2.64 | 2.63 |
| 44 | 2.69 | 2.69 | 2.68 | 2.67 |
| 45 | 2.74 | 2.73 | 2.73 | 2.71 |
| 46 | 2.79 | 2.78 | 2.77 | 2.76 |
| 47 | 2.84 | 2.83 | 2.82 | 2.80 |
| 48 | 2.89 | 2.88 | 2.87 | 2.85 |
| 49 | 2.94 | 2.94 | 2.92 | 2.90 |
| 50 | 3.00 | 3.00 | 2.99 | 2.95 |
| 51 | 3.06 | 3.05 | 3.03 | 3.00 |
| 52 | 3.12 | 3.11 | 3.09 | 3.06 |
| 53 | 3.19 | 3.18 | 3.16 | 3.12 |
| 54 | 3.26 | 3.25 | 3.22 | 3.18 |
| 55 | 3.33 | 3.32 | 3.29 | 3.24 |
| 56 | 3.41 | 3.39 | 3.36 | 3.30 |
| 57 | 3.49 | 3.47 | 3.43 | 3.37 |
| 58 | 3.58 | 3.56 | 3.51 | 3.44 |
| 59 | 3.67 | 3.65 | 3.59 | 3.51 |
| 60 | 3.77 | 3.74 | 3.68 | 3.58 |
| 61 | 3.87 | 3.84 | 3.77 | 3.66 |
| 62 | 3.98 | 3.94 | 3.86 | 3.73 |
| 63 | 4.10 | 4.05 | 3.96 | 3.81 |
| 64 | 4.22 | 4.16 | 4.06 | 3.88 |
| 65 | 4.35 | 4.29 | 4.16 | 3.96 |
| 66 | 4.49 | 4.42 | 4.27 | 4.04 |

Rates for ages not shown will be furnished upon request.

These monthly income factors are based on the 2000 Individual Annuitant Mortality Table and interest at the rate of 1.5% per year.

CONFIDENTIAL

ATLES_SLD000289

Questys

SETTLEMENT OPTION TABLE II/Female
(Continued)

| (Per $1,000 of Net Proceeds) | | | | |
|---|---|---|---|---|
| Age of Payee Nearest Birth date When First Installment is Payable | Monthly Installment | | | |
| Female | Life With 5 Years Certain | Life With 10 Years Certain | Life With 15 Years Certain | Life With 20 Years Certain |
| 67 | 4.64 | 4.55 | 4.38 | 4.11 |
| 68 | 4.80 | 4.69 | 4.49 | 4.19 |
| 69 | 4.97 | 4.85 | 4.61 | 4.26 |
| 70 | 5.15 | 5.00 | 4.73 | 4.33 |
| 71 | 5.35 | 5.17 | 4.85 | 4.39 |
| 72 | 5.56 | 5.35 | 4.97 | 4.45 |
| 73 | 5.78 | 5.53 | 5.09 | 4.51 |
| 74 | 6.03 | 5.72 | 5.20 | 4.56 |
| 75 | 6.28 | 5.92 | 5.31 | 4.60 |
| 76 | 6.56 | 6.12 | 5.42 | 4.64 |
| 77 | 6.85 | 6.32 | 5.52 | 4.68 |
| 78 | 7.17 | 6.53 | 5.62 | 4.70 |
| 79 | 7.50 | 6.74 | 5.70 | 4.73 |
| 80 | 7.86 | 6.95 | 5.78 | 4.75 |
| 81 | 8.23 | 7.15 | 5.85 | 4.76 |
| 82 | 8.63 | 7.35 | 5.91 | 4.78 |
| 83 | 9.04 | 7.54 | 5.97 | 4.79 |
| 84 | 9.47 | 7.71 | 6.01 | 4.80 |
| 85 | 9.91 | 7.88 | 6.05 | 4.80 |
| 86 | 10.36 | 8.03 | 6.08 | 4.81 |
| 87 | 10.82 | 8.17 | 6.11 | 4.81 |
| 88 | 11.28 | 8.29 | 6.13 | 4.81 |
| 89 | 11.73 | 8.40 | 6.15 | 4.81 |
| 90 | 12.17 | 8.50 | 6.16 | 4.81 |

Rates for ages not shown will be furnished upon request.

These monthly income factors are based on the 2000 Individual Annuitant Mortality Table and interest at the rate of 1.5% per year.

V00011660024

1166-3/04

24

Questys
Questys

CONFIDENTIAL

ATLES_SLD000290



## SETTLEMENT OPTION TABLE II
### Male

| ( Per \$1,000 of Net Proceeds) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Age of Payee Nearest Birth date When First Installment is Payable | Monthly Installment | | | | Age of Payee Nearest Birth date When First Installment is Payable | Monthly Installment | | |
| Male | Life With 5 Years Certain | Life With 10 Years Certain | Life With 15 Years Certain | Life With 20 Years Certain | Male | Life With 5 Years Certain | Life With 10 Years Certain | Life With 15 Years Certain | Life With 20 Years Certain |
| 15 | 1.99 | 1.99 | 1.99 | 1.99 | 41 | 2.73 | 2.73 | 2.72 | 2.70 |
| 16 | 2.01 | 2.01 | 2.01 | 2.01 | 42 | 2.78 | 2.78 | 2.76 | 2.74 |
| 17 | 2.03 | 2.03 | 2.03 | 2.03 | 43 | 2.83 | 2.82 | 2.81 | 2.79 |
| 18 | 2.05 | 2.05 | 2.05 | 2.04 | 44 | 2.88 | 2.87 | 2.86 | 2.83 |
| 19 | 2.07 | 2.07 | 2.07 | 2.06 | 45 | 2.94 | 2.93 | 2.91 | 2.88 |
| 20 | 2.09 | 2.09 | 2.09 | 2.08 | 46 | 2.99 | 2.98 | 2.96 | 2.93 |
| 21 | 2.11 | 2.11 | 2.11 | 2.10 | 47 | 3.05 | 3.04 | 3.02 | 2.98 |
| 22 | 2.13 | 2.13 | 2.13 | 2.12 | 48 | 3.11 | 3.10 | 3.07 | 3.03 |
| 23 | 2.15 | 2.15 | 2.15 | 2.15 | 49 | 3.18 | 3.16 | 3.13 | 3.09 |
| 24 | 2.17 | 2.17 | 2.17 | 2.17 | 50 | 3.24 | 3.22 | 3.19 | 3.14 |
| 25 | 2.20 | 2.20 | 2.19 | 2.19 | 51 | 3.31 | 3.29 | 3.26 | 3.20 |
| 26 | 2.22 | 2.22 | 2.22 | 2.22 | 52 | 3.39 | 3.36 | 3.32 | 3.26 |
| 27 | 2.25 | 2.25 | 2.24 | 2.24 | 53 | 3.47 | 3.44 | 3.39 | 3.32 |
| 28 | 2.27 | 2.27 | 2.27 | 2.27 | 54 | 3.55 | 3.52 | 3.47 | 3.39 |
| 29 | 2.30 | 2.30 | 2.30 | 2.29 | 55 | 3.63 | 3.60 | 3.54 | 3.45 |
| 30 | 2.33 | 2.33 | 2.33 | 2.32 | 56 | 3.73 | 3.68 | 3.62 | 3.52 |
| 31 | 2.36 | 2.36 | 2.35 | 2.35 | 57 | 3.82 | 3.77 | 3.70 | 3.58 |
| 32 | 2.39 | 2.39 | 2.38 | 2.38 | 58 | 3.92 | 3.87 | 3.79 | 3.65 |
| 33 | 2.42 | 2.42 | 2.42 | 2.41 | 59 | 4.03 | 3.97 | 3.87 | 3.72 |
| 34 | 2.46 | 2.45 | 2.45 | 2.44 | 60 | 4.15 | 4.08 | 3.97 | 3.79 |
| 35 | 2.49 | 2.49 | 2.48 | 2.47 | 61 | 4.27 | 4.19 | 4.06 | 3.86 |
| 36 | 2.53 | 2.52 | 2.52 | 2.51 | 62 | 4.40 | 4.30 | 4.16 | 3.93 |
| 37 | 2.56 | 2.56 | 2.56 | 2.54 | 63 | 4.54 | 4.43 | 4.26 | 4.01 |
| 38 | 2.60 | 2.60 | 2.59 | 2.58 | 64 | 4.69 | 4.56 | 4.36 | 4.07 |
| 39 | 2.65 | 2.64 | 2.63 | 2.62 | 65 | 4.85 | 4.69 | 4.46 | 4.14 |
| 40 | 2.69 | 2.68 | 2.68 | 2.66 | | | | | |

Rates for ages not shown will be furnished upon request.

These monthly income factors are based on the 2000 Individual Annuitant Mortality Table and interest at the rate of 1.5% per year.

V00011660025

1166-3/04                                           25

CONFIDENTIAL                                                           ATLES_SLD000291



## SETTLEMENT OPTION TABLE II/Male
### (Continued)

| (Per $1,000 of Net Proceeds) | | | | |
| --- | --- | --- | --- | --- |
| Age of Payee Nearest Birth date When First Installment is Payable | Monthly Installment | | | |
| Male | Life With 5 Years Certain | Life With 10 Years Certain | Life With 15 Years Certain | Life With 20 Years Certain |
| 66 | 4.98 | 4.83 | 4.57 | 4.21 |
| 67 | 5.15 | 4.98 | 4.68 | 4.27 |
| 68 | 5.34 | 5.13 | 4.78 | 4.33 |
| 69 | 5.53 | 5.29 | 4.89 | 4.39 |
| 70 | 5.74 | 5.45 | 5.00 | 4.45 |
| 71 | 5.95 | 5.62 | 5.10 | 4.50 |
| 72 | 6.18 | 5.80 | 5.21 | 4.54 |
| 73 | 6.42 | 5.97 | 5.31 | 4.58 |
| 74 | 6.68 | 6.15 | 5.40 | 4.62 |
| 75 | 6.95 | 6.33 | 5.49 | 4.66 |
| 76 | 7.23 | 6.52 | 5.58 | 4.68 |
| 77 | 7.53 | 6.70 | 5.66 | 4.71 |
| 78 | 7.85 | 6.88 | 5.73 | 4.73 |
| 79 | 8.17 | 7.06 | 5.80 | 4.75 |
| 80 | 8.52 | 7.24 | 5.86 | 4.76 |
| 81 | 8.87 | 7.41 | 5.92 | 4.78 |
| 82 | 9.24 | 7.57 | 5.97 | 4.79 |
| 83 | 9.62 | 7.73 | 6.01 | 4.80 |
| 84 | 10.01 | 7.88 | 6.05 | 4.80 |
| 85 | 10.41 | 8.02 | 6.08 | 4.81 |
| 86 | 10.81 | 8.14 | 6.10 | 4.81 |
| 87 | 11.22 | 8.26 | 6.13 | 4.81 |
| 88 | 11.63 | 8.37 | 6.14 | 4.81 |
| 89 | 12.04 | 8.47 | 6.16 | 4.81 |
| 90 | 12.45 | 8.55 | 6.17 | 4.81 |

Rates for ages not shown will be furnished upon request.

These monthly income factors are based on the 2000 Individual Annuitant Mortality Table and interest at the rate of 1.5% per year.

V00011660026

1166-3/04

26

Questys
Questys

CONFIDENTIAL

ATLES_SLD000292

## ACCELERATED DEATH BENEFIT RIDER

This benefit is intended to qualify as an accelerated death benefit under the Internal Revenue Code. Receiving this type of benefit may have tax consequences for you and the insured and is subject to how the Internal Revenue Service interprets the law. As with all tax matters, you should consult your own tax advisor to assess the impact of this benefit. Receipt of an accelerated benefit payment will reduce death benefits and availability of cash values.

This rider is a part of the policy to which it is attached. It must be read with all policy provisions. This rider does not participate in our surplus earnings. This rider has no loan or surrender value. This rider provides a benefit with respect to coverage on the person named as the insured under the policy to which this rider is attached. The effective date of this rider is the effective date of the policy to which this rider is attached.

### BENEFIT

We will pay an accelerated benefit if the insured is terminally ill, subject to the provisions of this rider. If this rider is attached to a joint and last survivor policy, you may not request payment of this benefit until there is only one surviving insured. No premium is charged for this benefit.

The maximum amount you may accelerate shall not exceed the lesser of 75% of the eligible coverage or $1,000,000. Amounts accelerated under this rider and any similar rider issued by us covering the insured will count toward that maximum. After the death benefit has been accelerated, the remaining face amount (or stated death benefit, if applicable) must be at least $25,000. If the remaining face amount is less than $25,000, the entire face amount must be accelerated, less any outstanding loan plus unpaid loan interest. The minimum amount you may accelerate is $10,000.

If, under these rules, all eligible coverage is accelerated, your policy will no longer provide any benefits or value, except for riders on persons other than the insured under the base policy. Insurance provided by the policy on someone other than this insured will be processed as if the original policy was terminated due to the death of the insured. If not all of the eligible coverage is accelerated, your policy will continue in force with reduced benefits and values. The amount accelerated divided by the eligible coverage is the acceleration percentage. We reserve the right to refuse to process any request that would cause the remaining policy to not qualify as a life insurance contract under the Internal Revenue Code. (See Effect on Your Policy provision). If the policy is in force under an extended term insurance option or reduced paid up insurance option, none of the coverage is eligible for acceleration.

### DEFINITIONS

**Terminal illness** is a non-correctable medical condition that, with reasonable medical certainty, will result in the death of the insured in twelve (12) months or less from the date of a written statement signed by a licensed physician.

**Licensed physician** is a person who is legally licensed to practice medicine or surgery by the state in which he or she performs such function or action. A licensed physician is duly qualified and practicing within the scope of the license who is:

1. a physician or surgeon practicing medicine and surgery who is entitled to, and uses, the designation M.D.; or
2. a practicing physician of osteopathy who is entitled to, and uses, the designation D.O.

This person may not be you, the insured, or a beneficiary. This person may not be related to you, the insured or a beneficiary.

VP00R20220001

R-2022-10/01

Digestive
Questys

CONFIDENTIAL                                                    ATLES_SLD000293

**Certification by a licensed physician** is a written statement acceptable to us, signed by a licensed physician, which gives the physician's diagnosis of the insured's terminal illness.

**Eligible Coverage** is the amount we would pay under the policy, including any riders, if the insured were to die on the date of acceleration.

**Date of acceleration** is the date on which we approve your written request for an accelerated benefit.

## BENEFIT AMOUNT

To determine the benefit amount, we will discount the acceleration amount to its present value and then deduct any current policy loan and accrued loan interest. The present value calculation uses a 12-month discount with an annual interest rate that will not exceed the greater of:

1. the yield on 90-day Treasury bills on the day we receive your request for an acceleration of benefits; or,
2. the statutory maximum policy loan interest rate.

The benefit amount will be at least the amount of the net surrender value times the percentage of the eligible coverage that is accelerated under this rider.

We will pay the benefit amount in one lump sum.

## BENEFIT CONDITIONS FOR TERMINAL ILLNESS

To be terminally ill under this rider, you must give us evidence that satisfies us that the insured's life expectancy is 12 months or less. This evidence will include, but is not limited to, certification by a licensed physician. The licensed physician may not be you, the insured, or the brother, sister, parent, spouse or child of either you or the insured. We will not pay the accelerated benefit if the terminal illness results from intentionally self-inflicted injuries. We will not pay the accelerated benefit if any part of the death benefit under the policy is contestable.

A payment under this rider will be made only once. No additional accelerated benefit is payable upon diagnosis of a different or related terminal illness.

You are not eligible for this rider benefit if you are required by law or a government agency to obtain this benefit due to a bankruptcy, creditor claims, or government benefit qualification.

## EFFECT ON YOUR POLICY

If not all the eligible coverage is accelerated, the policy will stay in force at a reduced amount. The face amount (or stated death benefit, if applicable), of the policy, surrender values, and any policy loan and accrued interest will be reduced by the percentage of eligible coverage that is accelerated (the acceleration percentage). All riders on the insured under the base policy will be reduced in the same manner. For example, if the acceleration percentage is 75%, the new face amount will be 25% of the amount just prior to the acceleration. If you elect to accelerate all of the eligible coverage, all other benefits under the policy on the insured under the base policy will terminate. For any other insurance provided by the policy on someone other than this insured, we will continue such insurance as if the policy ended due to the insured's death.

VP00R20220002

R-2022-10/01                    2

Questys
Questys

PROCEDURES

To obtain any benefit provided by this rider we must receive written notice from the policy owner, in a form acceptable to us, that you want to receive this rider benefit. The appropriate claim forms and procedures will be forwarded to you immediately. We will require the policy be sent to us. If the policy is assigned, the assignee must consent to the exercise of any rights pursuant to this rider. If an irrevocable beneficiary is named as beneficiary, that beneficiary must consent to the exercise of any rights pursuant to this rider.

WAIVER OF SPECIFIED PREMIUM OR WAIVER OF COST OF INSURANCE

The insured will be deemed to be totally disabled for as long as the most recently provided proof of terminal illness continues to apply, subject to a limit of one year, if all of the following occur:

1.  a waiver of specified premium or waiver of cost of insurance rider is attached to this policy;
2.  the waiver of specified premium or waiver of cost of insurance rider is in force at the time of the claim for this rider's benefits; and
3.  proof of terminal illness is submitted and approved.

TERMINATION

This rider will end on the earliest of the following dates:

1.  the termination or surrender of this policy;
2.  the date the benefit under this rider is elected;
3.  the monthly anniversary on or next following the receipt of your written request to terminate this benefit; or
4.  the date the policy is in force under an extended term option or a reduced paid-up option.

SECURITY LIFE OF DENVER INSURANCE COMPANY

*Paula Chudiae Erzella*

SECRETARY

VP00R20220003

R-2022-10/01                    3

Questys

**ING** 

1602412          Richard B▊▊▊▊          134934          DSVJS

AMENDMENT TO ORIGINAL APPLICATION

I amend my application for insurance dated January 13, 2005 as
follows. I understand and agree that this is part of
my application and will be considered part of my contract.

**SECTION H**
BENEFICIARY INFORMATION FOR PROPOSED PRIMARY AND JOINT INSUREDS
1a. Primary Beneficiary(ies):
Full Name and Address - Broadmont Associates Limited Partnership
Relationship to Proposed Insured - Business
Social Security Number / Tax Id - ▊▊▊▊▊
Per Cent - 100

**EFFECT OF BACKDATED POLICY ON ILLUSTRATED VALUES**

As a policyholder, you have elected to backdate your policy which enables you to gain benefits of a lower age for the purposes of calculating cost of insurance charges on your policy.

However, there are some inherent costs associated with your decision to backdate your policy. For each month that your policy is backdated the applicable cost of insurance charges are accumulated and deducted from your initial premium payment. Thus, backdating your policy has the effect of lowering your initial net premium and thus your cash value (general account policies) and thus the amount available to be allocated to the investment options (variable account policies).

I understand that on backdated policies the accrued cost of insurance charges deducted from an initial premium result in the values within the policy being lower than those illustrated.

Dated in Tucson, AZ on this **23** day of **FEB.** , 2005

X _R B O'Reilly_
Signature of Life Proposed

X _R B O'Reilly_ Gen Partnership for Broadmont
Signature of Owner
(if other than Life Proposed)

P.O. Box 5065
Minot, ND 58702-5065
110945

Security Life of Denver Insurance Company

CONFIDENTIAL          ATLES_SLD000296

## LIFE INSURANCE APPLICATION

Agent ID# _____

| Initial Product Solicited: GUARANTEE UL | Issued by:<br>☐ ReliaStar Life Insurance Company<br>☒ Security Life of Denver Insurance Company |
|---|---|

☐ Check here if insurance is for a tax-qualified, pension, or ERISA covered welfare benefit plan and complete Section 5 in the Agent's Report.
Employer sponsored? ☐ Yes ☒ No

### Section A. Proposed Primary Insured Information

| 1. Name *(First, MI, Last)* Richard | | 2. Social Security Number | | | | lumber | State AZ |
|---|---|---|---|---|---|---|---|

| 4. Date of Birth | 5. Sex ☒M ☐F | 6. Place of Birth / | | 7. Telephone Number | 8. Annual Earned Income |
|---|---|---|---|---|---|

| 9. Residence Street Address | City TUCSON | State AZ | Zip Code 85715 | 10. Occupation/duties EXECUTIVE |
|---|---|---|---|---|

| 11. Employer O'REILLY CHEVROLET AND OTHER BUSINESS VENTURES |
|---|

12. Do you currently use or have you ever used tobacco or nicotine products in any form, e.g., cigarettes, cigars, pipes, chewing tobacco, nicotine gum or nicotine patches? ☐ Yes ☒ No If yes, type _____ daily amount _____ month/year last used _____
Type _____ daily amount _____ month/year last used _____

### Section B. Proposed Other Insured

| 1. Name *(First, MI, Last)* | | 2. Social Security Number | 3. Driver's License Number | State |
|---|---|---|---|---|

| 4. Date of Birth | 5. Sex ☐M ☐F | 6. Place of Birth | | 7. Telephone Number ( ) | 8. Annual Earned Income $ |
|---|---|---|---|---|---|

| 9. Residence Street Address | City | State | Zip Code | 10. Occupation/duties |
|---|---|---|---|---|

| 11. Employer | 12. Relationship to Proposed Insured |
|---|---|

13. Do you currently use or have you ever used tobacco or nicotine products in any form, e.g., cigarettes, cigars, pipes, chewing tobacco, nicotine gum or nicotine patches? ☐ Yes ☐ No If yes, type _____ daily amount _____ month/year last used _____
Type _____ daily amount _____ month/year last used _____

### Section C. Proposed Owner Information

*Complete if the Owner is other than the Proposed Primary Insured. If the Proposed Primary Insured is a minor, always specify the Owner.*

| 1. Owner Name if other than Proposed Primary Insured or Name of Trust and Trustee BROADMONT ASSOCIATES LIMITED PARTNERSHIP | 2. Relationship to Proposed Primary Insured INSURED IS PARTNER |
|---|---|

| 3. Date of Trust | 4. Date of Birth | 5. Social Security Number or Tax ID Number |
|---|---|---|

| 6. Residence Street Address | City TUCSON | State AZ | Zip Code 85751 |
|---|---|---|---|

| 7. Address for Premium Notice if Other than Residence | City | State | Zip Code |
|---|---|---|---|

### Section D. Medical Transfer Statement

*Complete when submitting medical examinations of another insurance company.*

| | Proposed Insured | | Proposed Other Insured | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1. Name of the insurance company for which examination(s) was made and date of examination: | | | | |
| 2. To the best of your knowledge and belief, are the statements in the examination true and complete today? | ☐ | ☐ | ☐ | ☐ |
| 3. Have you consulted a medical doctor or other practitioner since the above examination? *(If yes, see Section L)* | ☐ | ☐ | ☐ | ☐ |

110957

1

Order Number 127872

Questys

## Section E. Base Policy Information

*Must attach a copy of the illustration signed by the applicant.*

| 1. Base Face Amount *(Not including Term Riders)* | 2. Mode of Payment | 3. Planned/Scheduled Premium |
|---|---|---|
| $  10,000,000 | ANNUAL | 575,000 |

4. Product Type  ☒ Fixed  ☐ Variable – *(Owner must receive a current prospectus, and investment feature selection form must be completed if applying for a variable life insurance policy.* **THE DEATH BENEFIT MAY BE VARIABLE OR FIXED UNDER CERTAIN CONDITIONS, AND THE CASH VALUES MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE EXPERIENCE OF THE SEPARATE ACCOUNTS.)*

5. Death Benefit Option:  ☒ A or 1-Level  ☐ B or 2-Increasing or Variable  ☐ C or 3 – Face Amount + Premium

6. Death Benefit Qualification Test:  ☒ Guideline Premium Test  ☐ Cash Value Accumulation Test

7. Rate Class Quoted:  ☒ No Tobacco  ☐ Alternate Tobacco *(cigars, pipes, chewing tobacco, nicotine gum or patch)*
☐ Tobacco (cigarettes)  ☐ Other _____

## Section F. Rider Information. Illustration required for permanent products.

*Check appropriate box and enter amounts. (NOT ALL RIDERS ARE AVAILABLE WITH ALL PRODUCTS.)*

1. Riders:
   - ☐ Accelerated Benefit Rider
   - ☐ Waiver of Premium (Term)
   - ☐ Waiver of Monthly Deduction or Cost of Insurance Rider
   - ☐ Waiver of Specified Premium Rider ............. $_____
     *(Specify monthly premium – illustration required)*
   - ☐ Additional Insured Rider *(on Primary Insured)* .... $_____
   - ☐ Additional Insured Rider *(on Additional Insured)*..$_____
   - ☐ Accidental Death Benefit Rider........................$_____

   - ☐ Children's Insurance Rider ...................... $_____
     *(Complete supplement)*
   - ☐ Extension of Rate Guarantee Rider................ $_____
   - ☐ Term Rider *(Specify)* ......................... $_____
     _____
   - ☐ Adjustable Term Insurance Rider ............... $_____
     *(Specify Target Death Benefit)*
     _____
   - ☐ Future Purchase Option Rider.................... $_____
   - ☐ Other _____ $_____
   - ☐ Other _____ $_____

2. Special Dating Request: ☐ Date to save age ☐ Specific date  Month _____ Day _____ Year _____

## Section G. Suitability (Complete for Variable Products only)

| | | |
|---|---|---|
| 1. | Have you, the proposed owner, received a current prospectus including supplements for the variable life insurance policy and each of the Variable Account Investment Options?  The policy prospectus/supplement is dated _____ | ☐ Yes  ☐ No |
| 2. | Do you understand that the amount or duration of the policy death benefit may vary under specified conditions: that policy values may increase or decrease in accordance with the investment experience of the investment options; that they may also increase in accordance with the interest credited in the Guaranteed Interest Division; and that the amount payable at the final policy date is not guaranteed, but is dependent on the account value and amounts owed under the policy at that time? | ☐ Yes  ☐ No |
| 3. | Do you understand that the fluctuation in values under the policy means that scheduled premium payments may not be sufficient to keep the policy in force in a down market? | ☐ Yes  ☐ No |
| 4. | Do you understand that personalized illustrations are based on hypothetical rates of return which may not be indicative of future investment experience or of actual interest credited in the Guaranteed Interest Division? | ☐ Yes  ☐ No |
| 5. | With this in mind, is the policy in accordance with your insurance objectives and your anticipated financial needs? | ☐ Yes  ☐ No |
| 6. | Do you believe you have the financial ability to continue making premium payments on this policy? | ☐ Yes  ☐ No |

110957                                                      2                                          Order Number 127872

Questys

CONFIDENTIAL                                                                      ATLES_SLD000298

## Section H.  Beneficiary Information for Proposed Primary and Joint Insureds

*Unless otherwise stated, the beneficiary designation is revocable and beneficiaries of like class shall share equally with right of survivorship.*

| 1. *If Trust, provide name and date of trust agreement. If Corporation, provide state of incorporation.* | | | | |
|---|---|---|---|---|
| a.  Primary Beneficiary(ies) *(Print full names and addresses)* | Relationship to Proposed Insured | Birthdate | Social Security Number/ Tax ID | % |
| b.  Contingent Beneficiary(ies) *(Print full names and addresses)* | Relationship to Proposed Insured | Birthdate | Social Security Number/ Tax ID | % |

## Section I.  Beneficiary Information for Proposed Other Insured or Additional Insured Rider

*Unless otherwise stated, the beneficiary designation is revocable and beneficiaries of like class shall share equally with right of survivorship.*

| 1. *If Trust, provide name and date of trust agreement. If Corporation, provide state of incorporation.* | | | | |
|---|---|---|---|---|
| a.  Primary or Base Additional Insured Rider Beneficiary *(Print full names and addresses)* | Relationship to Proposed Insured | Birthdate | Social Security Number/ Tax ID | % |
| b.  Contingent or Joint Additional Insured Rider Beneficiary *(Print full names and addresses)* | Relationship to Proposed Insured | Birthdate | Social Security Number/ Tax ID | % |

## Section J.  Financial Information

1.  Personal Finances: Check box(es) to indicate purpose of insurance.  *SEE  ATTACHED  FINANCIAL STATEMENT*

☒ Estate Liquidity  ☒ Family Protection  ☐ Loan Protection  ☒ Tax Planning  ☐ Retirement Planning  ☐ Cash Accumulation  ☐ Other_____

| a. Annual Interest & Other Income | b. Total Assets | c. Total Liabilities | d. Total Net Worth |
|---|---|---|---|
| | | | |

2.  Business Finances *(Complete question #2 only if this is business insurance.)*

☐ Key Employee  ☐ Buy/Sell  ☐ Creditor  ☐ Employee Benefits (Split Dollar, Deferred Compensation, etc.) ☐ Other _____

| a. Total Assets | b. Total Liabilities | | c. Net Worth | d. Net Profit After Taxes for Past Two Years: | | |
|---|---|---|---|---|---|---|
| | | | | Last Year | | Previous Year |
| e. Name of Owner(s) | | Title | Percentage of Ownership | Active in Business *(yes or no)* | | Amount of Business Coverage in Force |
| | | | | | | |

f.  Is other insurance being applied for concurrently on Proposed Insured or other officers? ☐ Yes ☐ No    *If yes, complete the following:*

| Insurance Company Name | Amount | Officer or Proposed Insured |
|---|---|---|
| | | |

CONFIDENTIAL    ATLES_SLD000299

## Section K.  General Information for Application for Life Insurance

*Complete the following on all Proposed Insureds, including children to be covered under the Children's Insurance Rider.*

| 1. Life Insurance In Force *(If none, check none.)* ☐ None | | Personal Life Benefit | Business Life Benefit | Accidental Life Benefit | Date Issued |
|---|---|---|---|---|---|
| Proposed Insured's Name | Company | | | | |
| Richard ▇▇▇▇▇▇ | MANU MANU | 4mm SUL 10 mm STOCK REDEMPTION PLAN | | | 2003 2003 |

|  | Proposed Insured | | Proposed Other Insured | |
|---|---|---|---|---|
|  | Yes | No | Yes | No |
| 2. Are you considering using funds from your existing policies or contracts to pay premiums due on the new policy or contract? *(If yes, complete state required replacement form.)* | ☐ | ☒ | ☐ | ☐ |
| 3. Are you considering discontinuing making premium payments, surrendering, forfeiting, assigning to the insurer or otherwise terminating your existing policy or contract? *(If yes, complete state required replacement form and provide details below.)* | ☐ | ☒ | ☐ | ☐ |

| Proposed Insured's Name | Company | Policy Number | Amount |
|---|---|---|---|
|  |  |  |  |

|  | Yes | No | Yes | No |
|---|---|---|---|---|
| 4. Is this insurance intended to be a tax free exchange – 1035 Exchange? *(1035 not available on term rider)* | ☐ | ☒ | ☐ | ☐ |
| 5. If yes, will a policy loan be carried over? | ☐ | ☐ | ☐ | ☐ |
| 6. Will the applicant accept this policy if it is a "Modified Endowment Contract" at issue? | ☒ | ☐ | ☐ | ☐ |
| 7. Do you have any other applications for life insurance pending? | ☐ | ☒ | ☐ | ☐ |
| 8. If yes, will all applications now pending for life insurance be accepted and placed in force? | ☐ | ☐ | ☐ | ☐ |
| 9. List company(ies) and amount(s) of coverage applied for. | | | | |

| Proposed Insured's Name | Company | Amount Applied For |
|---|---|---|
|  |  |  |

|  | Yes | No | Yes | No |
|---|---|---|---|---|
| 10. Have you in the last 12 months had any known or suspected heart attack, stroke, or cancer, or been treated by any physician or other practitioner for any of these conditions? | ☐ | ☒ | ☐ | ☐ |
| 11. Have you in the last 60 days been advised by any physician or other practitioner to have any diagnostic test or surgery not yet performed? | ☐ | ☒ | ☐ | ☐ |
| 12. Have you in the last 10 years been diagnosed or treated for positive HIV (Human Immunodeficiency Virus) or AIDS (Acquired Immunodeficiency Syndrome)? | ☐ | ☒ | ☐ | ☐ |
| 13. Have you in the last five years had any motor vehicle accidents, alcohol or drug related convictions, or other moving violations while operating a motor vehicle? | ☐ | ☒ | ☐ | ☐ |
| 14. Except for traffic violations, have you been convicted in a criminal proceeding or been the subject of a pending criminal proceeding? | ☐ | ☒ | ☐ | ☐ |
| 15. Provide the details for all yes answers to questions 10-14. | | | | |

| Proposed Insured's Name | Question # | Details |
|---|---|---|
|  |  |  |

|  | Yes | No | Yes | No |
|---|---|---|---|---|
| 16. Are you a member, or do you intend to become a member of the armed forces, including the Reserves or on alert? *(If yes, complete Military Questionnaire)* | ☐ | ☒ | ☐ | ☐ |
| 17. Are you a US citizen? *(If no, complete the Foreign Travel and Residence Questionnaire)* | ☒ | ☐ | ☐ | ☐ |
| 18. Do you intend to change your residence or travel outside the United States or Canada? *(If yes, complete the Foreign Travel and Residence Questionnaire)* | ☐ | ☒ | ☐ | ☐ |
| 19. Have you in the last five years made or do you anticipate making flights in an aircraft OTHER than as a passenger on a scheduled airline? *(If yes, complete the Aviation Questionnaire)* | ☐ | ☒ | ☐ | ☐ |
| 20. Do you participate in hang-gliding, soaring, sky-diving, ballooning, skin or scuba diving, mountain climbing, competitive skiing, rodeos, or any other hazardous sports or activities? *(If yes, complete appropriate questionnaire)* | ☐ | ☒ | ☐ | ☐ |
| 21. Do you race, test or stunt drive automobiles, motorcycles, motor boats, or jet powered vehicles, or do you use or race snowmobiles, dirt bikes, dune buggies, etc.? *(If yes, complete motorized vehicle/powerboat questionnaire)* | ☐ | ☒ | ☐ | ☐ |

CONFIDENTIAL     ATLES_SLD000300

## Section L. Declarations of the Proposed Insureds for Application for Life Insurance

| Personal Physicians (If none, state none.) | a. Name, address and phone number of Physician | b. Date, reason and results of last consultation |
|---|---|---|
| ████████ | ████████ | ████████ |

| 3. Name | Height/Weight | Weight change in last year | Proposed Insured Yes No | Proposed Other Insured Yes No | Record the question number, person, condition; diagnosis and dates/duration of condition or treatment; name and address of all doctors and hospitals |
|---|---|---|---|---|---|
| ████████ | | | | | |

4. In the past 10 years, have you ever been treated for or been diagnosed by a licensed member of the medical profession as having:
  a. Dizziness, fainting, convulsions, optic neuritis, headache, paralysis, stroke, mental or nervous disorder?...............................................
  b. Shortness of breath, persistent hoarseness or cough, spitting of blood, asthma, emphysema, tuberculosis, or chronic respiratory disorder?.......
  c. Chest pain, palpitations, high blood pressure, heart murmur, heart attack or other disorder of the heart or blood vessels?.................
  d. Jaundice, intestinal bleeding, ulcer, hepatitis, colitis, diverticulitis, or other disorder of the stomach, intestine, liver or gall bladder? ...........
  e. Sugar, albumin, blood or pus in urine, venereal disease, nephritis, stone, or other disorder of kidney, bladder, breasts, prostate or reproductive organs?..
  f. Diabetes, thyroid or other endocrine disorder?...................................
  g. Rheumatism, arthritis, or disorder of the muscles or bones? ................
  h. Disorder of skin, lymph glands, cyst, tumor or cancer?......................
  i. Allergies, anemia or other disorder of the blood?...............................
5. Have you:
  a. Experienced any symptom(s) for which you have not yet consulted a health care provider?...............................................
  b. Had any operation(s) in the past 10 years? ....................................
  c. Been advised to have operation(s) or diagnostic tests not yet performed in the last 10 years?...............................................
  d. Had an electrocardiogram, x-ray, or other diagnostic test in the last five years?...............................................
  e. Sought or been advised to seek help or treatment for an alcoholic habit? . If yes, complete Alcohol Usage Questionnaire.
  f. In the last 10 years been confined for observation, care, or treatment in a hospital or other health care facility? ...................................
  g. In the last five years consulted any health care provider(s) not already identified for any reason including routine physical examination? .......
6. Are you:
  a. Presently taking any medication(s), including non-prescription/over the counter medication or presently under the care of a member of the medical profession for any condition?,...............................
  b. Currently using, or have you ever received treatment or counseling for the use of: ecstasy, marijuana, cocaine, amphetamines, barbiturates, hallucinogenic agents, opium derivatives, or other drugs of abuse? ..........
  If yes, complete Drug Use Questionnaire.

7. Family history of Proposed/Other Insured:

| | Age if living Proposed | Age if living Other | Age at death Proposed | Age at death Other | Current health or cause of death Proposed | Current health or cause of death Other |
|---|---|---|---|---|---|---|
| Father | | | 8 3 | | | |
| Mother | | | 1 0 2 | | | |
| Brothers  0 | | | | | | |
| Sisters  1 (TWIN) | | | Good HEALTH 74 | | | |

CONFIDENTIAL                                                                ATLES_SLD000301

## Section M.  Authorization and Acknowledgement

By completing this life insurance application, I understand that I am applying for life insurance coverage which may be issued by one or more of the ING life companies, which include ReliaStar Life Insurance Company and Security Life of Denver Insurance Company, referred to individually or collectively as the "Company." I understand and consent that this application and information obtained pursuant to this authorization may be used by the Company to evaluate my eligibility for life insurance. For underwriting and claims purposes, I authorize any physician, medical practitioner, hospital, clinic or medically related facility, insurance or reinsuring company, Medical Information Bureau, Inc. ("MIB"), any consumer reporting agency, or any third party contracted by ING to release to the Company or their authorized representatives (including any consumer reporting agency) acting on their behalf all information that may be used in the underwriting process requested by the Company about me and any minor children who are to be insured. This includes but is not limited to: (A) any medical information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and treatment of me or my minor children who are to be insured; (b) prescription drug records and related information maintained by physicians, pharmacy benefit managers and other sources; and (c) any non-medical information to include but not limited to MVR reports, hazardous occupation or avocations or any other life threatening activities about me or my minor children who are to be insured. By this authorization, each physician, medical practitioner, hospital, clinic or medically related facility contacted by the Company is instructed to provide the entire medical record in its possession concerning me or any minor children who are to be insured.

I give my permission to the Company to get consumer or investigative consumer reports about these same persons.

I give my permission to the Company and other insurance companies affiliated with the Company to get any and all medical record information for the purposes described in this form. I know that my medical records, which include any alcohol or drug abuse information, may be protected by Federal Regulations - 42CFR Part 2. I may revoke this permission and authorization as it applies to any information protected by 42CFR Part 2 or by applicable state law at any time by mailing the written revocation to the Company at the address on the Consumer Privacy Notice page, but not to the extent action has been taken in reliance on it. I understand that the release of medical records will not be requested with respect to tests performed to determine the presence of the human immunodeficiency virus (HIV) antibody.

In connection with any application for life insurance or other insurance transaction that I may have with the Company, I specifically consent that some or all of the information obtained by this authorization may be sent to MIB, reinsurers, the agent who solicited my application and his principals, employees or contractors who process transactions regarding any insurance coverage I may have applied for or have with the Company or affiliated companies. I understand the information obtained by use of the Authorization will be used by the Company to determine eligibility for insurance and eligibility for benefits under an existing policy.

- I understand that I may request to be interviewed if an investigative consumer report is prepared.
  You may contact me between the hours of _____ and _____. My telephone number is (_____)
- I know that I have a right to get a copy of this form. A photocopy of this form will be as valid as the original.
- This form will be valid for 24 months from the date shown below.
- I acknowledge receipt of the following notices: Notice Regarding Consumer Reports; Notice Regarding MIB; and Notice Regarding Information Practices.

Each of the undersigned also declares that:

A. I have read the statements and answers given in this application and affirm that they are true and complete to the best of my knowledge and belief and also correctly recorded.

B. (1) This application consists of Sections A through L, supplemental questionnaires, and medical exam and will be the basis for any policy issued on this application; (2) Any policy issued on this application will not take effect unless the first full premium is paid and the policy is delivered to the Owner of such policy during the lifetime and continued insurability, as stated in the application, of the person(s) to be covered by such policy, except as otherwise provided in the Conditional Receipt, if issued, with the same date as this application; (3) Except where permitted expressly by statute or regulation, no agent or medical examiner has the authority to waive the answer to any question in the application, to pass on insurability, to make or alter any contract or waive any of the Company's rights or requirements; (4) No change in the amount, classification, age at issue, plan of insurance or benefits on this application shall be effective unless agreed to in writing by the proposed insured and owner.

C. I certify, under penalty of perjury, that my social security/tax identification number(s) is shown and is correct and that I am not subject to back up withholding.

## Automatic Telephone Privileges - Variable Products Only

I acknowledge that my policy automatically will provide telephone privileges to perform certain transactions as specified in the current prospectus to me as policy owner and to my agent/registered representative and the registered representative's assistant. I also agree that the Company and its distributor will not be liable for any loss, damage, costs or expenses incurred in acting on telephone instructions reasonably believed to be authentic. The Company may employ procedures that might include requiring forms of personal identification before accepting such telephone instructions. I understand that if I do not want myself or my agent/registered representative and the registered representative's assistant to have such telephone privileges, I must indicate so below. I also understand that once granted, such privilege can be revoked only upon receipt of signed written instructions at the Company.

☐ I do not want telephone privileges.

☐ I do not want telephone privileges granted to my agent/registered representative and the registered representative's assistant.

| Signed by Owner at (City, State)  Tucson       Az | Signature of Agent/Registered Rep.  X | | |
|---|---|---|---|
| ███ Insured if age 13 or older | ent ID # ███ | Agent State Lic. #  A2173965 | Registered Rep. # |
| Signature of Proposed Other Insured | | Date | |
| X ████ LTD PARTNERSHIP ████ INC | | Date  1-12-05 | |
| Signature of Parent or Guardian if the Proposed Owner or the Proposed Primary Insured is a minor  X | | | |

110957                                                    6                                        Order Number 127872

This policy is a FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY.
Death benefit proceeds payable at the insured's Death.
Flexible premiums are payable until attained age 100.
This policy is nonparticipating and is not eligible for dividends.
This policy has surrender charges.
There is no maturity date.

To obtain information or make a complaint, contact
Security Life of Denver Insurance Company

Customer Service Center
P. O. Box 5065
Minot, ND 58702-5065

Toll Free Number: 1(877) 253-5050

# SECURITY LIFE OF DENVER INSURANCE COMPANY
A Stock Company

V00011660027

1166-3/04

CONFIDENTIAL

ATLES_SLD000303

**BROADMONT ASSOCIATES LIMITED PARTNERSHIP**
P.O. Box 31000
Tucson, AZ 85751-1000

BANK ONE, NATIONAL ASSOCIATION
PHOENIX, AZ 85073
91-2/1221

2711

February 23, 2005

PAY TO THE
ORDER OF     ING                                                        $ 575,000.00

Five Hundred Seventy-Five Thousand and no/100 — — — — — — — — — — — — — — — — — — — DOLLARS

MEMO    Policy # 9116022412 - Richard ▆▆▆▆▆▆

BROADMONT ASSOCIATES L.P.                                             2711

BROADMONT ASSOCIATES L.P.                                             2711

$575,000 to ING for policy #9116022412



515021 (11/04)

CONFIDENTIAL                                              ATLES_SLD000304



**ING**

Security Life of Denver Insurance Company
ING Service Center
P.O. Box 5065  Minot, ND 58702

April 5, 2010

Broadmont Assoc LMTD Prtnrshp
P.O. Box 31000
Tucson, AZ 85751

RE:   Owner: Broadmont Assoc LMTD Prtnrshp

Policy #: 1602412                    Insured(s): ███████

Dear Broadmont Assoc LMTD Prtnrshp:

As you requested, we decreased the face amount of your policy from $10,000,000.00 to $5,000,000.00, effective March 28, 2010.

A copy of the supplemental data pages, and an inforce illustration are enclosed and should be attached to your policy.

We appreciate the trust you've placed in the ING family of companies to help you meet your financial objectives. If you have any questions, please contact your agent, registered representative or the ING Service Center during our business hours of Monday – Friday, 8:00 a.m. to 6:00 p.m. CST.

Sincerely,

Sarah Garrett
Complex Change Coordinator

Enclosure: Supplemental Data Pages
          Inforce Illustration

cc: Paul H. Robb

Questions?   Call: 877-253-5050
             Fax: 877-275-3329

Insurance products are issued by Security Life of Denver Insurance Company. Variable universal life insurance products are distributed by ING America Equities, Inc., 1290 Broadway, Denver CO 80203. Both are members of the ING family of companies.

Mar. 5. 2010 9:03AM    PAUL ROBB AND ASSOC                    No. 0468    P. 2



## REQUEST FOR POLICY SERVICE

☐ ReliaStar Life Insurance Company, Minneapolis, MN
☐ ReliaStar Life Insurance Company of New York, Woodbury, NY
☑ Security Life of Denver Insurance Company, Denver, CO
☐ Midwestern United Life Insurance Company, Fort Wayne, IN
☐ ING USA Annuity and Life Insurance Company, Des Moines, IA
("the Company")
*A member of the ING family of companies*
ING Customer Service Center: 2000 21st Ave. NW, Minot, ND 58703
Fax: 1-877-788-6305 (toll free); Website: www.ingservicecenter.com

**ING**
Your future. Made easier.®

**Not all options are available on all products.**

Insured Name *(please print)* [REDACTED] ly _____ Policy/File Code Number 1602412

Owner Name *(please print)* Broadmont Associates Lmtd Partnership  Owner SSN [REDACTED] 4

### A. AUTOMATIC PREMIUM LOAN

☐ Start Premium Loan        ☐ Stop Premium Loan

Option *(if applicable)* _____

### B. CHANGE NONFORFEITURE OPTION

Change to:    ☐ Reduced Paid-Up Insurance    ☐ Extended Term Insurance

### C. EXERCISE NONFORFEITURE OPTION *(No existing riders are continued on extended term insurance or paid-up insurance unless otherwise specified in the rider.)*

Option:    ☐ Reduced Paid-Up Insurance    ☐ Extended Term Insurance    ☐ Fully Paid-Up Insurance

### D. CHANGE DIVIDEND OPTION *(Please choose ONLY one. Changes will not be effective until the next Policy Anniversary date.)*

Change to:    ☐ Reduced Premiums    ☐ Accumulate at Interest    ☐ Pay in Cash

☐ Purchase Additional Paid Up Insurance    ☐ Other *(Please specify.)* _____

### E. WITHDRAWAL OF DIVIDENDS, PAID-UP ADDITIONS AND PREMIUM DEPOSIT FUNDS

Dividend option remains the same. For partial withdrawals use the Request for Partial Withdrawal (130997). For surrenders use the Surrender Application (131394).

Use:    ☐ Dividends on Deposit    ☐ Paid-Up Additions    ☐ Premium Deposit Funds    ☐ Issue Check

☐ Full Value or ☐ $ _____

To:    ☐ Pay premiums due on _____ on policy # _____ for $ _____

☐ Pay loan interest due on _____ on policy # _____ for $ _____

☐ Apply on loan principal on policy # _____ for $ _____

☐ Other _____

### F. CHANGE PREMIUM PAYMENT

☒ Change Premium Amount *(flexible premium policies ONLY)* to $ 216,300

☒ Annually    ☐ Semi-Annually    ☐ Quarterly    ☐ List Bill    ☐ Other *(Specify)* _____

☐ Electronic Funds Transfer (EFT) *(Please complete EFT form 128623.)*

### G. CHANGE EXISTING COVERAGE

UL/VUL requests must be accompanied by a signed inforce illustration.

☐ Remove rider or benefit *(specify)* _____

**EXISTING** Child Term Rider:    ☐ Remove    or    ☐ Add

Child Name _____ Gender _____ Birth Date _____

Page 1 of 2 - Incomplete without all pages    Order #131355 08/24/2009

Questys
Questys

CONFIDENTIAL    ATLES_SLD000306

Mar. 5. 2010  9:03AM    PAUL ROBB AND ASSOC                     No. 0468    P. 3

## G. CHANGE EXISTING COVERAGE *(Continued)*

☐ Change Death Benefit Option To: *(Additional underwriting may be required.)*
   ☐ A or 1 - Level[1]        ☐ B or 2 - Increasing or Variable
   ☐ C or 3 - Face Amount + Premium[1]   ☐ D or 4 - Face Amount + Premium + Interest  $ _____

☑ Decrease Face Amount To[1] $ 5,000,000.00

**Depending on your policy provisions, a pro-rata surrender charge may be assessed.**

If decreasing face amount will cause a modified endowment contract, the following statement must be agreed to:

☐ I understand that this requested decrease in face amount will cause my policy to become a modified endowment contract. I understand the implications of this status and accept the modified endowment contract status. I understand that additional requirements may be needed.

☐ Decrease rider[1] _____ to $ _____

☐ Exercise the provisions of the Guaranteed Insurability Option rider, Future Purchase Option rider, or Guaranteed Life Option rider. Certain products may require a Request for Conversion (127999) and a sales illustration to be submitted.

[1] *The new face amount cannot fall below the minimum face amount allowed for the plan.*

## H. OTHER INSTRUCTIONS OR REQUESTS

**All who sign agree that** no change will be made unless the policy is eligible for the change requested according to its terms or under our rules and until we are satisfied that, as of the date of this request, all insureds and proposed insureds are eligible for the requested coverage.

➤ Owner Signature[2]  _____ , President, O'Reilly Ventures, Inc., _____ Date 3/2/2010

Owner Address _____  Daytime Phone ( ___ ) _____

➤ Spouse Signature *(if owner lives in community property state)* _____ Date _____

➤ Assignee/Irrevocable Beneficiary Signature *(if applicable)* _____ Date _____

[2] *If owner is a trust, partnership, or company, officer signature and title is required.*

### ING CUSTOMER SERVICE CENTER USE ONLY

Endorsed by _____  Date 5 APR 10    Effective Date 28 MAR 10

Send confirmation to:  ☐ Policyowner    ☐ Agent    Mail Code _____

Page 2 of 2 - Incomplete without all pages
Order #131355 08/24/2009

PAGE 3/10 ᴬ RCVD AT 3/5/2010 12:03:07 PM [Eastern Standard Time] ᴬ SVR:HFDAP457003/6 ᴬ DNIS:960 ᴬ CSID:520 8955580 ᴬ DURATION (mm-ss):02-24

CONFIDENTIAL                                                                          ATLES_SLD000307

Effective Date:  03/28/2010

9Z0
ZSSSG

## SUPPLEMENTAL SCHEDULE

| | | | |
|---|---|---|---|
| POLICY NUMBER | 1602412 | INSURED | Richard ███████ |
| POLICY DATE | December 28, 2004 | AGE | 75 |
| PREMIUM/RISK CLASS | Preferred Nonsmoker | | |
| DEATH BENEFIT OPTION | Option 1 | MINIMUM ANNUAL PREMIUM | $164,190.00 |

DEFINITION OF LIFE INSURANCE TEST          Guideline Premium Cash
                                          Value Corridor Test

The expense charge applicable to your death benefit after this decrease will be as shown on prior
schedule pages, reduced proportionally by the amount of this decrease.

CUSTOMER SERVICE CENTER:          P.O. Box 5065, Minot, ND 58702-5065

Questys

CONFIDENTIAL                                                  ATLES_SLD000308

Effective Date: 03/28/2010

**Supplemental Schedule**

9Z0
ZSSSG

**SEGMENT BENEFIT PROFILE**
**Policy Number** 1602412

Scheduled Premium          $216,300.00

| Description | Segment Benefit Amount | Segment Issue Age | Segment Effective Date | Segment Target Premium |
|---|---|---|---|---|
| 01 Stated Death Benefit | $5,000,000.00 | 75 | 12/28/2004 | $260,350.00 |
| Guideline Annual Premium | $356,097.39 | | | |

Questys
Questys

CONFIDENTIAL

ATLES_SLD000309

Effective Date: 03/28/2010

9Z0
ZSSSG

## SUPPLEMENTAL SCHEDULE
### Policy Number 1602412

## TABLE OF SURRENDER CHARGES

The maximum Surrender Charges which pertain to the insurance coverages shown in the Schedule are shown in the following table. This table may change upon any increases and/or decreases in the policy's Stated Death Benefit.

| SURRENDERS DURING THE POLICY YEAR ENDING | TOTAL MAXIMUM SURRENDER CHARGE |
|---|---|
| 2010 | $212,625.00 |
| 2011 | $189,000.00 |
| 2012 | $165,375.00 |
| 2013 | $141,750.00 |
| 2014 | $118,125.00 |
| 2015 | $94,500.00 |
| 2016 | $70,875.00 |
| 2017 | $47,250.00 |
| 2018 | $23,625.00 |
| 2019 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CONFIDENTIAL