IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Civil Action No.: 1:18-cv-01897-DDD-SKC   Date:  September 13, 2023
Courtroom Deputy:  Robert R. Keech   Court Reporter: Tammy Hoffschildt

| Parties: | Counsel: |
|---|---|
| PHT Holding I LLC, on behalf of itself and all others similarly situated, | Steven G. Sklaver<br>Zachary B. Savage<br>Ryan C. Kirkpatrick |
| Plaintiff, | Seth Ard |
| v. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY, | Clark C. Johnson<br>Kathryn A. Reilly |
| Defendant. | |

### COURTROOM MINUTES

**FINAL FAIRNESS HEARING**

**2:35 p.m.**     **Court in session.**

Appearances of counsel.

[228] Class Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses and [231] Plaintiff's Motion for Final Approval of Class Action Settlement are raised for argument.

Argument by Mr. Sklaver.

**2:45 p.m.**     **Court in recess.**

**2:56 p.m.**     **Court in session.**

**ORDERED:** [228] Class Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses is **GRANTED.**

**ORDERED:** [231] Plaintiff's Motion for Final Approval of Class Action Settlement is **GRANTED.**

**3:02 p.m.** Court in recess. <u>Hearing concluded. Total in court time:   :16</u>